# EXHIBIT 1

# MULLINS LAW GROUP PLLC

*Transportation Solutions for the 21st Century*

2001 L Street N.W.
Suite 720
Washington, D.C. 20036

**Crystal Zorbaugh**
czorbaugh@MULLINSLAWGROUP.NET
MULLINSLAWGROUP.NET

Telephone: (202) 663-7850
Direct: (202) 663-7831

October 31, 2024

308867

**VIA E-FILING**
Cynthia T. Brown
Chief of the Section of Administration
Office of Proceedings
Surface Transportation Board
395 E Street, SW
Washington DC 20423-0001

ENTERED
Office of Proceedings
October 31, 2024
Part of
Public Record

Re:     Norfolk Southern Railway Company – Abandonment Exemption – In
        Henderson and Polk Counties, North Carolina, and Greenville and Spartanburg
        Counties, South Carolina, AB-290 (Sub-No. 415X)

Dear Ms. Brown:

Pursuant to 49 C.F.R. Part 1152, Subpart F – Exempt Abandonments and Discontinuances Norfolk Southern Railway Company ("NSR") is filing a verified notice of exemption to abandon rail service over an approximately 31.3-mile rail line, extending from approximately Milepost W 26.0 +/- to approximately Milepost W 57.3 +/-(the "Line") in the Counties of Henderson and Polk in North Carolina and the Counties of Greenville and Spartanburg in South Carolina. The Line traverses the United States Postal Zip Code territories 28773; 28782; 28790; 29322; 29349; and 29356. A $5,200.00 filing fee has been paid via Pay.gov. If there are any questions about this matter, please contact me directly, either by telephone: at 202-663-7831 or by e-mail: at czorbaugh@mullinslawgroup.net. If I am unavailable, you may contact William A. Mullins, who can be reached at (202) 663-7823 or by e-mail at wmullins@mullinslawgroup.net.

Sincerely,

*Crystal M. Zorbaugh*

Counsel for Norfolk Southern Railway Company

Enclosures

FILED
October 31, 2024
SURFACE
TRANSPORTATION BOARD

FEE RECEIVED
October 31, 2024
SURFACE
TRANSPORTATION BOARD

**BEFORE THE**
**SURFACE TRANSPORTATION BOARD**
_____

**AB-290 (Sub-No. 415X)**
_____

**NORFOLK SOUTHERN RAILWAY COMPANY**
**– ABANDONMENT EXEMPTION –**
**IN HENDERSON AND POLK COUNTIES, NORTH CAROLINA, AND**
**GREENVILLE AND SPARTANBURG COUNTIES, SOUTH CAROLINA**
_____

**VERIFIED NOTICE OF EXEMPT ABANDONMENT**
_____

**Hanna M. Chouest**
**NORFOLK SOUTHERN CORPORATION**
**650 West Peachtree Street NW**
**Atlanta, GA 30308**
**Tel: (470) 571-5208**


 **October 31, 2024**

**William A. Mullins**
**Crystal M. Zorbaugh**
**MULLINS LAW GROUP PLLC**
**2001 L Street, NW, Suite 720**
**Washington, DC  20036**
**Tel: (202) 663-7831**


**Attorneys for Norfolk Southern Railway**
**Company**

**BEFORE THE**
**SURFACE TRANSPORTATION BOARD**
_____

**AB-290 (Sub-No. 415X)**
_____

**NORFOLK SOUTHERN RAILWAY COMPANY**
**– ABANDONMENT EXEMPTION –**
**IN HENDERSON AND POLK COUNTIES, NORTH CAROLINA, AND GREENVILLE**
**AND SPARTANBURG COUNTIES, SOUTH CAROLINA**
_____

**VERIFIED NOTICE OF EXEMPT ABANDONMENT**
_____

Norfolk Southern Railway Company ("NSR") hereby submits a verified notice of exemption

pursuant to 49 C.F.R. part 1152, subpart F (Exempt Abandonments and Discontinuances) for NSR to

abandon rail service over an approximately 31.3-mile rail line,[1] extending from approximately

Milepost W 26.0 +/- to approximately Milepost W 57.3 +/- (the "Line") in the Counties of Henderson

and Polk in North Carolina and the Counties of Greenville and Spartanburg in South Carolina. There

have been no customers served on the Line for more than twenty years.

Following abandonment, NSR will not be salvaging the Line's rail and related track material.

The contour of the existing roadbed will remain as is, and existing drainage systems will remain intact.

No ballast will be removed, and no soil disturbance will occur. No digging or burying of any kind will

---

[1] According to NSR's research, this line was originally constructed by the Asheville and Spartanburg Railroad ("A&SR") with construction completed to Spartanburg, S.C. to Hendersonville, N.C. in 1879. See Annual Report of the Board of Railroad Commissioners of North Carolina, p. 215 (1891) available at https://archive.org/details/annualreportboa85unkngoog/page/18/mode/2up?q=asheville. A&SR completed the remaining portion of the A&SR line from Hendersonville, NC to Asheville, NC by 1886, under the management of the Richmond and Danville Railroad Company. Id. The Asheville and Spartanburg Railroad was eventually folded into the Richmond and Danville Railroad system in the mid-1880's. The Richmond and Danville Railroad was sold in foreclosure in 1894, with its property absorbed into Southern Railway Company. From 1894 to 1982, the Line was controlled by the Southern Railway Company ("SRC") until SRC merged with Norfolk and Western Railway Company into Norfolk Southern Corporation, See Norfolk Southern Corporation—Control—Norfolk and Western Railway Company and Southern Railway Company, FD 29430 (Sub-No. 1) (I.C.C. served March 19, 1982). Norfolk Southern Railway Company remains to date a subsidiary of the Norfolk Southern Corporation.

be undertaken as a result of the abandonment. Accordingly, NSR believes that no stormwater mitigation measures including, but not limited to, a National Pollutant Discharge Elimination System permit will be required. The Line traverses the United States Postal Zip Code territories 28773; 28782; 28790; 29322; 29349; and 29356. The entirety of the Line is in the Counties of Henderson and Polk in North Carolina and the Counties of Greenville and Spartanburg in South Carolina.

Per the requirements of 49 C.F.R. §§ 1152.50(b) and (d), NSR provides the following information in support of this notice of abandonment:

**Certification: 49 C.F.R. § 1152.50(b)**

NSR certifies that the Line satisfies the criteria for abandonment under the exemption provisions at 49 C.F.R. part 1152, subpart F. See Certification of Michael McClellan, Vice President (Exhibit A). During the past two years, no local traffic has moved over the Line and any overhead traffic on the Line can be rerouted over other lines, and no formal complaint filed by a user of rail service on the Line (or a state or local government entity acting on behalf of such user) regarding cessation of service over the line either is pending with the Board or any U.S. District Court or has been decided in favor of the complainant within the 2-year period.

**Proposed Consummation Date:  49 C.F.R. § 1152.50(d)(2)**

The proposed abandonment will be consummated on or after December 20, 2024 (50 days after filing the notice of exemption).

**Additional Information Required:  49 C.F.R. §§ 1152.22(a)(1)-(4), (7)-(8) and (e)(4)**

Exact name of applicant (49 C.F.R. § 1152.22(a)(1)):

Norfolk Southern Railway Company

Whether applicant is a common carrier by railroad (49 C.F.R. § 1152.22(a)(2)):

Norfolk Southern Railway Company is a common carrier by railroad subject to the Board's jurisdiction under 49 U.S.C. Subtitle IV.

Relief sought (49 C.F.R. § 1152.22(a)(3)):

NSR hereby invokes the Board's two-year-out-of-service class exemption procedures to abandon rail service over an approximately 31.3-mile rail line, extending from approximately Milepost W 26.0 +/- to approximately Milepost W 57.3 +/- (the "Line") in the Counties of Henderson and Polk in North Carolina and the Counties of Greenville and Spartanburg in South Carolina.

Map (49 C.F.R. § 1152.22(a)(4)):

A detailed map showing the location of the Line is attached hereto as Exhibit B.

Applicant's representatives (49 C.F.R. § 1152.22(a)(7)):

NSR's representatives to whom correspondence should be sent are as follows:

William A. Mullins
Crystal M. Zorbaugh
MULLINS LAW GROUP PLLC
2001 L Street, NW, Suite 720
Washington, DC  20036
Tel: (202) 663-7831

USPS ZIP codes (49 C.F.R. § 1152.22(a)(8)):

The Line is in the following United States Postal Zip Code territories 28773; 28782; 28790; 29322; 29349; and 29356.

Suitability of the Line for Other Public Purposes (49 C.F.R. § 1152.22(e)(4)):

NSR has a mixture of fee simple ownership and easement rights to the right-of-way underlying the Line proposed for abandonment; thus, NSR may have a corridor available for redeployment for alternative public use(s). However, NSR is currently in discussions with a local entity concerning possibly establishing a trail over the Line. Based on information in NSR's possession, the Line does not contain any federally granted right-of-way. As appropriate, NSR is willing promptly to make available any information in its possession to anyone requesting it.

**Labor Protection**

Because the Line has been inactive for over two years, no railroad employees will be adversely affected by the exercise of abandonment authority.  Nevertheless, the interests of NSR's employees who may be adversely affected by the proposed abandonment will be adequately protected by the labor protective conditions set forth in <u>Oregon Short Line R. Co – Abandonment – Goshen</u>, 360 I.C.C. 91 (1979).

**Certifications**

Attached hereto as Exhibit C are Certificates of Service and Publication certifying compliance with the advance notice and newspaper publication requirements set forth at 49 C.F.R. § 1152.50(d)(1) and 49 C.F.R. § 1105.12, respectively. Attached as part of Exhibit D is a certificate of compliance with the advance notice requirements for Environmental and Historic Reports ("E&HR") as set forth at 49 C.F.R. § 1105.11.

**Environmental and Historic Report**

As is reflected in the certificate of compliance with the provisions of 49 C.F.R. § 1105.11 (see Exhibit D), NSR has prepared a combined E&HR in anticipation of the proposed abandonment portion of the proceeding, which conforms to the requirements of 49 C.F.R. §§ 1105.7 and 1105.8. A copy of the E&HR is attached hereto as Attachment 1 to Exhibit D (§ 1105.11 certification).

Respectfully submitted,

*/s/  Crystal M. Zorbaugh*

Hanna M. Chouest
NORFOLK SOUTHERN CORPORATION
650 West Peachtree St NW
Atlanta, GA 30308
Tel:  (470) 571-5208

October 31, 2024

William A. Mullins
Crystal M. Zorbaugh
MULLINS LAW GROUP PLLC
2001 L Street NW, Suite 720
Washington, DC  20036
Tel: (202) 663-7831

Attorneys for Norfolk Southern Railway Company

4

**BEFORE THE**
**SURFACE TRANSPORTATION BOARD**
_____

**AB-290 (Sub-No. 415X)**
_____

**NORFOLK SOUTHERN RAILWAY COMPANY**
**– ABANDONMENT EXEMPTION –**
**IN HENDERSON AND POLK COUNTIES, NORTH CAROLINA, AND**
**GREENVILLE AND SPARTANBURG COUNTIES, SOUTH CAROLINA**
_____

**VERIFIED NOTICE OF EXEMPT ABANDONMENT**
_____

# VERIFICATION

Verification

I, Michael McClellan, Vice President for Norfolk Southern Railway Company ("NSR"), hereby verify under penalty of perjury that to the best of my knowledge, the foregoing abandonment notice of exemption is true and correct. Further, I certify that I am qualified and authorized to make such verification on behalf of NSR in connection with this proceeding before the Surface Transportation Board.

Executed this <u>28</u> day of October, 2024

Michael McClellan
Vice President
Norfolk Southern Railway Company

**BEFORE THE**
**SURFACE TRANSPORTATION BOARD**

————————————————

**AB-290 (Sub-No. 415X)**

————————————————

**NORFOLK SOUTHERN RAILWAY COMPANY**
**– ABANDONMENT EXEMPTION –**
**IN HENDERSON AND POLK COUNTIES, NORTH CAROLINA, AND**
**GREENVILLE AND SPARTANBURG COUNTIES, SOUTH CAROLINA**

————————————————

# EXHIBIT A

# CERTIFICATION

## CERTIFICATION

STATE OF GEORGIA:

ss:

CITY OF ATLANTA :

    **Michael McClellan** makes oath and says that he is **Vice President** for Norfolk Southern Railway Company ("NSR"); that the approximately 31.3-mile rail line, extending from approximately Milepost W 26.0 +/- to approximately Milepost W 57.3 +/- (the "Line") in the Counties of Henderson and Polk in North Carolina and the Counties of Greenville and Spartanburg in South Carolina (the "Line"), over which service is to be abandoned, is subject to his supervision and direction; that no local traffic has moved over the Line for at least two (2) years and any overhead traffic on the Line can be rerouted over other lines and that no formal complaint filed by a user of rail service on the Line (or a state or local government entity acting on behalf of such user) regarding cessation of service over the line either is pending with the Board or any U.S. District Court or has been decided in favor of the complainant within the 2-year period.

 

**Michael McClellan**
**Vice President**

Subscribed and sworn to before me
this **28** day of October, 2024.

Notary Public

My commission expires:

April **29**, 2026

SHANNON EPPERS
NOTARY PUBLIC
STATE OF GEORGIA - FULTON COUNTY
MY COMMISSION EXPIRES APRIL 19, 2026

8

**BEFORE THE**
**SURFACE TRANSPORTATION BOARD**

_____

**AB-290 (Sub-No. 415X)**

_____

**NORFOLK SOUTHERN RAILWAY COMPANY**
**– ABANDONMENT EXEMPTION –**
**IN HENDERSON AND POLK COUNTIES, NORTH CAROLINA, AND**
**GREENVILLE AND SPARTANBURG COUNTIES, SOUTH CAROLINA**

_____

**VERIFIED NOTICE OF EXEMPT ABANDONMENT**
_____

# EXHIBIT B

# MAP



**SALUDA GRADE**
**W - LINE**

DOCKET AB 290 (SUB NO. 415X)
HENDERSONVILLE COUNTY, NC
to
SPARTANBURG COUNTY, SC

Milepost W - 26.0 to W - 57.3

**Legend**

- - - BLUE RIDGE SOUTHERN
——— PROPOSED
——— RETAINED

0   1.75   3.5   7 Miles

**BEFORE THE**
**SURFACE TRANSPORTATION BOARD**

_____

**AB-290 (Sub-No. 415X)**

_____

**NORFOLK SOUTHERN RAILWAY COMPANY**
**– ABANDONMENT EXEMPTION –**
**IN HENDERSON AND POLK COUNTIES, NORTH CAROLINA, AND**
**GREENVILLE AND SPARTANBURG COUNTIES, SOUTH CAROLINA**

_____

# EXHIBIT C

# CERTIFICATES OF SERVICE/PUBLICATION

## Certificate of Service of Advance Notice

### 49 C.F.R. § 1152.50(d)(1) – Notice

I certify that, on October 21, 2024, in keeping with 49 C.F.R. § 1152.50(d)(1), I caused the following parties to be served with the written notice of intent of Norfolk Southern Railway Company to invoke the Board's notice of exemption procedures to abandon rail service over an approximately 31.3-mile rail line, extending from approximately Milepost W 26.0 +/- to approximately Milepost W 57.3 +/- in the Counties of Henderson and Polk in North Carolina and the Counties of Greenville and Spartanburg in South Carolina (the "Line"). I further certify that the Line does not contain any federally granted right of way.

### Public Service Commission, et al.

North Carolina Utilities Commission
430 North Salisbury Street
Dobbs Building
5th Floor
Raleigh, NC 27603-5918

North Carolina Department of Transportation
Rail Division
1553 Mail Service Center
Raleigh, NC 27699-1533

The Public Service Commission of South Carolina
Attention: Rob Bockman
101 Executive Center Drive, Suite 100
Columbia, South Carolina 29210

David Gray
South Carolina Department of Transportation
Freight and Rail Planner
955 Park Street
Columbia, SC 29201

**Department of Defense (Military Traffic Management Command, Transportation Engineering Agency, Railroads for National Defense Program)**

Sean Neef
Headquarters Military Surface Deployment and Distribution Command
Transportation Engineering Agency
Railroads for National Defense Program
1 Soldier Way, Rm 3129
Scott AFB, IL 62225-5006

**The National Park Service, Recreation Resources Assistance Division**

Mr. Bob Ratcliffe, Chief
Chief, Conservation and Outdoor Recreation Division
Rivers, Trails, and Conservation Assistance Program
1849 C. Street NW, Room 1344
Washington, DC 20240

**U.S. Department of Agriculture, Chief of the Forest Service**

Randy Moore
Chief of Forest Service
US Forest Service
1400 Independence Ave., SW
Washington, D.C.
20250-0003


October 31, 2024                    */s/      Crystal M. Zorbaugh*

                                   Crystal M. Zorbaugh
                                   Attorney for Norfolk Southern Railway Company

## Certificate of Newspaper Publication

**49 C.F.R. § 1105.12 – Newspaper Notice**

I certify that a "Notice of Intent to Abandon Rail Service" was published in the form prescribed by the Board for abandonment notices of exemption (49 C.F.R. § 1105.12).  The notice was published in four newspapers as follows:

- On October 27, 2024 in the Spartanburg Herald Journal;
- On October 30, 2024 in The Hendersonville Lightning;
- On October 27, 2024 in the Tyron Daily Bulletin; and,

Collectively, the four aforementioned newspapers are of general circulation in in the Counties of Henderson and Polk in North Carolina and the Counties of Greenville and Spartanburg in South Carolina.

October 31, 2024

*/s/ Crystal M. Zorbaugh*
Crystal M. Zorbaugh
Attorney for Norfolk Southern Railway Company

# Herald-Journal

**Publication Name:**
**Herald-Journal**

**Publication URL:**
**www.GoUpstate.com**

**Publication City and State:**
**Spartanburg, SC**

**Publication County:**
**Spartanburg**

---

Notice Popular Keyword Category:

Notice Keywords:
**rail**

Notice Authentication Number:
**20241028122100226971 2**
**3626623498**

Notice URL:

Back

Notice Publish Date:
Sunday, October 27, 2024

**Notice Content**

NOTICE OF INTENT NOTICE OF INTENT TO ABANDON RAIL SERVICE AB-290 (Sub-No. 415X) Norfolk Southern Railway Company ("NSR") gives notice that on or about October 31, 2024, it intends to file with the Surface Transportation Board ("Board"), Washington, DC 20423, a Notice of Exemption pursuant to 49 C.F.R Part 1152 Subpart F ? Exempt Abandonments and Discontinuances, permitting NSR to abandon rail service over an approximately 31.3-mile rail line, extending from approximately Milepost W 26.0 +/- to approximately Milepost W 57.3 +/- (the "Line") in the Counties of Henderson and Polk in North Carolina and the Counties of Greenville and Spartanburg in South Carolina. The Line traverses the United States Postal Zip Code territories 28773; 28782; 28790; 29322; 29349; and 29356. There have been no customers served on the Line for more than twenty years. The proceeding has been docketed as AB-290 (Sub-No. 415X). The proposed action entails the abandonment of rail service over the Line. For abandonments, the Board's Office of Environmental Analysis ("OEA") generally will prepare an Environmental Assessment ("EA"), which normally will be available 25 days after the filing of the abandonment notice of exemption. Comments on environmental and energy matters should be filed no later than 15 days after the EA becomes available to the public. Such comments will be addressed in a Board decision. Interested persons may obtain a copy of the EA or make inquiries regarding environmental matters by writing to OEA, Surface Transportation Board, 395 E Street, SW, Washington, D.C. 20423, or by calling that office at (202) 245-0295. Appropriate offers of financial assistance ("OFA") to continue rail service can be filed with the Board. Requests for environmental conditions, public use conditions, or rail banking/trails use also can be filed with the Board. An original and 10 copies of any pleading that raises matters other than environmental issues (such as trails public use, and OFA) must be filed directly with the Board's Section of Administration, Office of Proceedings, 395 E Street, S.W., Washington, DC 20423 [See 49 C.FR. §§ 1104.1(a) and 1104.3(a)], and one copy must be served on the applicants' representative [See 49 CFR § 1104.12(a)]. Questions regarding OFAs, public use, or trails use may be directed to the Board's Office of Public Assistance, Governmental Affairs, and Compliance at 202-245-0230. Copies of any comments or requests for specific Board action should be served on the applicant's representative: Crystal M. Zorbaugh, Mullins Law Group PLLC, 2001 L Street NW, Suite 720, Washington, DC 20036; phone: 202-663-7823. AB-290 (Sub-No. 415X) Norfolk Southern Railway Company ("NSR") gives notice that on or about October 31, 2024, it intends to file with the Surface Transportation Board ("Board"), Washington, DC 20423, a Notice of Exemption pursuant to 49 C.F.R Part 1152 Subpart F ? Exempt Abandonments and Discontinuances, permitting NSR to abandon rail service over an approximately 31.3-mile rail line, extending from approximately Milepost W 26.0 +/- to approximately Milepost W 57.3 +/- (the "Line") in the Counties of Henderson and Polk in North Carolina and the Counties of Greenville and Spartanburg in South Carolina. The Line traverses the United States Postal Zip Code territories 28773; 28782; 28790; 29322; 29349; and 29356. There have been no customers served on the Line for more than twenty years. The proceeding has been docketed as AB-290 (Sub-No. 415X). The proposed action entails the abandonment of rail service over the Line. For abandonments, the Board's Office of Environmental Analysis ("OEA") generally will prepare an Environmental Assessment ("EA"), which normally will be available 25 days after the filing of the abandonment notice of exemption. Comments on environmental and energy matters should be filed no later than 15 days after the EA becomes available to the public. Such

comments will be addressed in a Board decision. Interested persons may obtain a copy of the EA or make inquiries regarding environmental matters by writing to OEA, Surface Transportation Board, 395 E Street, SW, Washington, D.C. 20423, or by calling that office at (202) 245-0295. Appropriate offers of financial assistance ("OFA") to continue rail service can be filed with the Board. Requests for environmental conditions, public use conditions, or rail banking/trails use also can be filed with the Board. An original and 10 copies of any pleading that raises matters other than environmental issues (such as trails public use, and OFA) must be filed directly with the Board's Section of Administration, Office of Proceedings, 395 E Street, S.W., Washington, DC 20423 [See 49 C.FR. §§ 1104.1(a) and 1104.3(a)], and one copy must be served on the applicants' representative [See 49 CFR § 1104.12(a)]. Questions regarding OFAs, public use, or trails use may be directed to the Board's Office of Public Assistance, Governmental Affairs, and Compliance at 202-245-0230. Copies of any comments or requests for specific Board action should be served on the applicant's representative: Crystal M. Zorbaugh, Mullins Law Group PLLC, 2001 L Street NW, Suite 720, Washington, DC 20036; phone: 202-663-7823. Publication Dates LGSC0181011

Back

**16**

GoUpstate

# Public Notices

Originally published at goupstate.com on 10/27/2024

NOTICE OF INTENT
NOTICE OF INTENT TO ABANDON RAIL SERVICE
AB-290 (Sub-No. 415X)

Norfolk Southern Railway Company (NSR) gives notice that on or about October 31, 2024, it intends to file with the Surface Transportation Board (Board), Washington, DC 20423, a Notice of Exemption pursuant to 49 C.F.R Part 1152 Subpart F*Exempt Abandonments and Discontinuances, permitting NSR to abandon rail service over an approximately 31.3-mile rail line, extending from approximately Milepost W 26.0 +/- to approximately Milepost W 57.3 +/-(the Line) in the Counties of Henderson and Polk in North Carolina and the Counties of Greenville and Spartanburg in South Carolina. The Line traverses the United States Postal Zip Code territories 28773; 28782; 28790; 29322; 29349; and 29356. There have been no customers served on the Line for more than twenty years. The proceeding has been docketed as AB-290 (Sub-No. 415X).

The proposed action entails the abandonment of rail service over the Line. For abandonments, the Board's Office of Environmental Analysis (OEA) generally will prepare an Environmental Assessment (EA), which normally will be available 25 days after the filing of the abandonment notice of exemption. Comments on environmental and energy matters should be filed no later than 15 days after the EA becomes available to the public. Such comments will be addressed in a Board decision. Interested persons may obtain a copy of the EA or make inquiries regarding environmental matters by writing to OEA, Surface Transportation Board, 395 E Street, SW, Washington, D.C. 20423, or by calling that office at (202) 245-0295.

Appropriate offers of financial assistance (OFA) to continue rail service can be filed with the Board. Requests for environmental conditions, public use conditions, or rail banking/trails use also can be filed with the Board. An original and 10 copies of any pleading that raises matters other than environmental issues (such as trails public use, and OFA) must be filed directly with the Board's Section of Administration, Office of Proceedings, 395 E Street, S.W., Washington, DC 20423 [See 49 C.FR. §§ 1104.1(a) and 1104.3(a)], and one copy must be served on the applicants' representative [See 49 CFR § 1104.12(a)]. Questions regarding OFAs, public use, or trails use may be directed to the Board's Office of Public Assistance, Governmental Affairs, and Compliance at 202-245-0230. Copies of any comments or requests for specific Board action should be served on

the applicant's representative: Crystal M. Zorbaugh, Mullins Law Group PLLC, 2001 L Street NW, Suite 720, Washington, DC 20036; phone: 202-663-7823.

Case 1:24-cv-02088-MRS    Document 1-2    Filed 12/19/24    Page 21 of 83

AB-290 (Sub-No. 415X)

Norfolk Southern Railway Company (NSR) gives notice that on or about October 31, 2024, it intends to file with the Surface Transportation Board (Board), Washington, DC 20423, a Notice of Exemption pursuant to 49 C.F.R Part 1152 Subpart F*Exempt Abandonments and Discontinuances, permitting NSR to abandon rail service over an approximately 31.3-mile rail line, extending from approximately Milepost W 26.0 +/- to approximately Milepost W 57.3 +/-(the Line) in the Counties of Henderson and Polk in North Carolina and the Counties of Greenville and Spartanburg in South Carolina. The Line traverses the United States Postal Zip Code territories 28773; 28782; 28790; 29322; 29349; and 29356. There have been no customers served on the Line for more than twenty years. The proceeding has been docketed as AB-290 (Sub-No. 415X).

The proposed action entails the abandonment of rail service over the Line. For abandonments, the Board's Office of Environmental Analysis (OEA) generally will prepare an Environmental Assessment (EA), which normally will be available 25 days after the filing of the abandonment notice of exemption. Comments on environmental and energy matters should be filed no later than 15 days after the EA becomes available to the public. Such comments will be addressed in a Board decision. Interested persons may obtain a copy of the EA or make inquiries regarding environmental matters by writing to OEA, Surface Transportation Board, 395 E Street, SW, Washington, D.C. 20423, or by calling that office at (202) 245-0295.

Appropriate offers of financial assistance (OFA) to continue rail service can be filed with the Board. Requests for environmental conditions, public use conditions, or rail banking/trails use also can be filed with the Board. An original and 10 copies of any pleading that raises matters other than environmental issues (such as trails public use, and OFA) must be filed directly with the Board's Section of Administration, Office of Proceedings, 395 E Street, S.W., Washington, DC 20423 [See 49 C.FR. §§ 1104.1(a) and 1104.3(a)], and one copy must be served on the applicants' representative [See 49 CFR § 1104.12(a)]. Questions regarding OFAs, public use, or trails use may be directed to the Board's Office of Public Assistance, Governmental Affairs, and Compliance at 202-245-0230. Copies of any comments or requests for specific Board action should be served on the applicant's representative: Crystal M. Zorbaugh, Mullins Law Group PLLC, 2001 L Street NW, Suite 720, Washington, DC 20036; phone: 202-663-7823.
Publication Dates
LGSC0181011

**NOTICE OF INTENT TO ABANDON RAIL SERVICE AB-290 (SUB-NO. 415X)**

NOTICE OF INTENT TO ABANDON RAIL SERVICE

AB-290 (Sub-No. 415X)

Norfolk Southern Railway Company ("NSR") gives notice that on or about October 31, 2024, it intends to file with the Surface Transportation Board ("Board"), Washington, DC 20423, a Notice of Exemption pursuant to 49 C.F.R Part 1152 Subpart F – Exempt Abandonments and Discontinuances, permitting NSR to abandon rail service over an approximately 31.3-mile rail line, extending from approximately Milepost W 26.0 +/- to approximately Milepost W 57.3 +/-(the "Line") in the Counties of Henderson and Polk in North Carolina and the Counties of Greenville and Spartanburg in South Carolina. The Line traverses the United States Postal Zip Code territories 28773; 28782; 28790; 29322; 29349; and 29356. There have been no customers served on the Line for more than twenty years. The proceeding has been docketed as AB-290 (Sub-No. 415X).

The proposed action entails the abandonment of rail service over the Line. For abandonments, the Board's Office of Environmental Analysis ("OEA") generally will prepare an Environmental Assessment ("EA"), which normally will be available 25 days after the filing of the abandonment notice of exemption. Comments on environmental and energy matters should be filed no later than 15 days after the EA becomes available to the public. Such comments will be addressed in a Board decision. Interested persons may obtain a copy of the EA or make inquiries regarding environmental matters by writing to OEA; Surface Transportation Board, 395 E Street, SW, Washington, D.C. 20423, or by calling that office at (202) 245-0295.

Appropriate offers of financial assistance ("OFA") to continue rail service can be filed with the Board. Requests for environmental conditions; public use conditions, or rail banking/trails use also can be filed with the Board. An original and 10 copies of any pleading that raises matters other than environmental issues (such as trails public use, and OFA) must be filed directly with the Board's Section of Administration, Office of Proceedings, 395 E Street, S.W., Washington, DC 20423 [See 49 C.FR. §§ 1104.1(a) and 1104.3(a)], and one copy must be served on the applicants' representative [See 49 CFR § 1104.12(a)]. Questions regarding OFAs, public use, or trails use may be directed to the Board's Office of Public Assistance, Governmental Affairs, and Compliance at 202-245-0230. Copies of any comments or requests for specific Board action should be served on the applicant's representative; Crystal M. Zorbaugh, MULLINS LAW GROUP PLLC, 2001 L Street NW, Suite 720, Washington, DC 20036; phone: 202-663-7823:

10/30

Taste This! 2024 Dining Guide in today's edition!

# Tryon Daily Bulletin

*The World's Smallest Daily Newspaper*

**SUNDAY, OCTOBER 27, 2024** | SERVING POLK AND UPPER SPARTANBURG COUNTIES | **VOL. 97 / NO. 76 · $1.00**

---

## Hincapie brothers rally cycling community

Nearly $700k raised for Polk County

*Pg. 2*

## Update on Pearson's Falls

Restoration team in place after storm

*Pg. 3*

## Focusing on farmland

Polk BOC approves Farmland Preservation Resolution

*Pg. 9*

### OBITUARIES

F. Earle Gaulden
Pg. 6

Mary Jane Cornelius Gelsomino
Pg. 8

---



Governor Roy Cooper (center) spoke with County Manager Marche Pittman (left) and Emergency Director Bobby Arledge (right) about the devastation from Tropical Storm Helene in Polk County.

# Governor Roy Cooper surveys damage in Polk County Friday morning

*Visits Green River Cove area near Saluda to speak with local officials*

**By Jeff Allison**
jeff.allison@tryondailybulletin.com

SALUDA—North Carolina Governor Roy Cooper visited Polk County Friday morning to survey damage in the Green River Cove area and to speak with county officials and others impacted by Tropical Storm Helene.

The area was one of the hardest hit in the county. The storm downed hundreds of trees, leaving many sections of the cove only accessible by foot or by air for days. Floodwaters and mudslides displaced dozens of residents and destroyed homes and vehicles, piling tons of debris across properties along the Green River.

Cooper spoke directly with County Manager Marche Pittman and Polk County Emergency Director Bobby Arledge, hearing details of the local response.

"People from across North Carolina are thinking about you," Gov. Cooper said from a site devastated by the storm, about a mile below the Fishtop access point. "When the cameras and reporters go away, continuing to focus on the recovery [is key]. One of the things I'm focused on is opening as many avenues of funding as possible right now, to get as many commitments as we can right now."

Road repair and construction is still underway in the county and remains a prima-

See **GOVERNOR** Page 11

---



**Dr. Jason Glover, DPM**
Foot & Ankle Surgery

**Keeping you moving at Polk Medical Specialties**

Appointments can be made at **828.894.8437**
Telemedicine and online scheduling available.



RUTHERFORD REGIONAL HEALTH SYSTEM
*Polk Medical Specialties*

---

SUNDAY, OCTOBER 27, 2024            TRYON DAILY BULLETIN   31

## Plumbing & Services

### DILL PLUMBING
Specializing in small repairs, Water Heaters, Well Pumps.

**Serving Polk County for 34 years.**

Licensed and Insured.
N.C. & S.C.

## 828-817-1327

## Pressure Washing

### PHILCO'S PRESSURE WASHING
Get all of the Mold, Mildew & Oxidation off your house!
•Clean Vinyl Siding
•Driveways•Sidewalks
•Stain & Seal Decks & more!
Liablity & Workers Comp
31 Years Experience
Call To Clean Today!
Phil Tolleson
864-599-1978 or 864-304-8463

## Roofing and Guttering

### DAVID's Roofing and Remodeling
We have:
•SHINGLES
•METAL
•RUBBER ROOFING
•PAINTING ALSO!
CALL DAVID at **828-713-4154**

## Tree Service

### Epperson's Tree Service
-Complete-Tree-Service-
•Dangerous removals
•View Cutting
•Lot Clearing
•Tree Trimming
•Crane Removals
Serving NC for 25yrs
Fully Insured
ISA Certified Arborist
**(828)606-4980**

### GARY'S TREE NURSERY LLC
You want **PRIVACY** we have the plants for you!!
•Fast growing tight hedge total privacy.
•Green Giants
•Sizes 3 gallon 2 to 3. ft. to B&B 8-10 ft.
"Call today and get on our fall &winter planting list."
**864-603-9847**

## Tree Service



### GOOD BY STUMPS
Stump Removal
Quantity Discounts on 50+ Stumps!
As low as $10 each!
Call for pricing.
Fully Insured. Free Quotes!
Call Ron at 828-447-8775

## Public Notices

## Public Notices

**PUBLIC NOTICE**

**NOTICE OF INTENT TO ABANDON RAIL SERVICE**
**AB-290 (Sub-No. 415X)**

Norfolk Southern Railway Company ("NSR") gives notice that on or about October 31, 2024, it intends to file with the Surface Transportation Board ("Board"), Washington, DC 20423, a Notice of Exemption pursuant to 49 C.F.R. Part 1152 Subpart F – Exempt Abandonments and Discontinuances, permitting NSR to abandon rail service over an approximately 31.3-mile rail line, extending from approximately Milepost W 26.0 +/- to approximately Milepost W 57.3 +/-(the "Line") in the Counties of Henderson and Polk in North Carolina and the Counties of Greenville and Spartanburg in South Carolina. The Line traverses the United States Postal Zip Code territories 28773; 28782; 28790; 29322; 29349; and 29356. There have been no customers served on the Line for more than twenty years. The proceeding has been docketed as AB-290 (Sub-No. 415X).

The proposed action entails the abandonment of rail service over the Line. For abandonments, the Board's Office of Environmental Analysis ("OEA") generally will prepare an Environmental Assessment ("EA"), which normally will be available 25 days after the filing of the abandonment notice of exemption. Comments on environmental and energy matters should be filed no later than 15 days after the EA becomes available to the public. Such comments will be addressed in a Board decision. Interested persons may obtain a copy of the EA or make inquiries regarding environmental matters by writing to OEA, Surface Transportation Board, 395 E Street, SW, Washington, D.C. 20423, or by calling that office at (202) 245-0295.

Appropriate offers of financial assistance ("OFA") to continue rail service can be filed with the Board. Requests for environmental conditions, public use conditions, or rail banking/trails use also can be filed with the

## Public Notices

Board. An original and 10 copies of any pleading that raises matters other than environmental issues (such as trails public use, and OFA) must be filed directly with the Board's Section of Administration, Office of Proceedings, 395 E Street, S.W., Washington, DC 20423 [See 49 C.F.R. §§ 1104.1(a) and 1104.3(a)], and one copy must be served on the applicants' representative [See 49 CFR § 1104.12(a)]. Questions regarding OFAs, public use, or trails use may be directed to the Board's Office of Public Assistance, Governmental Affairs, and Compliance at 202-245-0230. Copies of any comments or requests for specific Board action should be served on the applicant's representative: Crystal M. Zorbaugh, MULLINS LAW GROUP PLLC, 2001 L Street NW, Suite 720, Washington, DC 20036; phone: 202-663-7823.

Tryon Daily Bulletin:
Oct. 27, 2024
AB-290

**PUBLIC NOTICE**

**NOTICE TO CREDITORS**

Having qualified on the 5 day of September as Administrator of the Estate of Anita Clampett Scott, deceased, late of Polk County, North Carolina, this is to notify all persons, firms and corporations having claims against the decedent to exhibit the same to the undersigned Administrator on or before the 11 day of January , 2025, or this notice will be pleaded in bar of their recovery. All persons, firms and corporations indebted to the estate will please make immediate payment. This is the 13 day of October, 2024.

Monte D. Clampett
P.O. Box 51
Candler, NC 28715
Administrator of the Estate of Anita Clampett Scott

Tryon Daily Bulletin:
Oct. 13, 20, 27 and Nov. 3, 2024
EST/SCOTT, A.

**PUBLIC NOTICE**

**NOTICE TO CREDITORS**

Having qualified as Executor of the estate of **Arnold Garnell Skipper** of Polk County, North Carolina, this is to notify all persons, firms and corporations having claims against the estate of the said **Arnold Garnell Skipper** present them to the undersigned on or before the 15th day of January 2025 or the same will be pleaded in bar of their recovery. All persons, firms and corporations indebted to said estate will please make immediate payment.
This the 13th day of October, 2024.

Patricia Skipper Brown, Executor
c/o Merrimon B. Oxley
Wolf & Oxley, PLLC
138 South Broadway St
Forest City, NC 28043

Tryon Daily Bulletin:
Oct. 13, 20, 27 and Nov. 3, 2024
EST/SKIPPER, A.

Need to find
the right employee?

## WE CAN HELP.

Reach the county market for less using the classifieds. Need a quick quote?
Call 828.318.0307.



**inogen**

### INOGEN® PORTABLE OXYGEN CONCENTRATORS

Call us toll-free at
**1-877-460-0206**

**30-DAY RISK-FREE TRIAL**

**BEFORE THE**
**SURFACE TRANSPORTATION BOARD**

---

**AB-290 (Sub-No. 415X)**

---

**NORFOLK SOUTHERN RAILWAY COMPANY**
**– ABANDONMENT EXEMPTION –**
**IN HENDERSON AND POLK COUNTIES, NORTH CAROLINA, AND**
**GREENVILLE AND SPARTANBURG COUNTIES, SOUTH CAROLINA**

---

**VERIFIED NOTICE OF EXEMPT ABANDONMENT**

---

# EXHIBIT D

# CERTIFICATE OF COMPLIANCE WITH ENVIRONMENTAL AND HISTORIC REPORT REQUIREMENTS

**Certificate of Compliance**

**49 C.F.R. § 1105.11 – Advance Distribution of Environmental and Historic Report**

      I hereby certify that, on September 23, 2024, a copy of Norfolk Southern Railway Company's Consolidated Environmental and Historic Report for the proposed abandonment encompassed by AB-290 (Sub-No. 415X), accompanied by a transmittal letter conforming to the requirements of 49 C.F.R. § 1105.11, was served upon the following entities as prescribed by 49 C.F.R. § 1105.7(b) and 1105.8(c) (copies of the transmittal letters are also appended hereto as part of Attachment 1):

| | |
|---|---|
| Mayor Tangie Morgan<br>6 East Main Street<br>Saluda, NC 28773 | Joseph Kernell<br>County Administrator, Greenville County<br>Greenville County Square<br>Suite N-4000<br>Greenville, SC 29601 |
| Mayor Alan Peoples<br>Tryon Town Hall<br>301 North Trade Street<br>Tryon, NC 28782 | Jeaneanne Gettle<br>Acting Regional Administrator<br>United States EPA – Region 4<br>61 Forsyth Street SW<br>Atlanta, GA 30303 |
| Mayor Robert B. Briggs<br>100 North Shamrock Avenue<br>Landrum, SC 29356 | North Carolina Department of Administration<br>State Environmental Review Clearinghouse<br>1301 Mail Service Center<br>Raleigh, NC 27669-1301 |
| Mayor Cornelius Huff<br>20 South Main Street<br>Inman, SC 29349 | Kelly Spivey<br>District Manager, Washington District<br>North Carolina DEQ Div. of Coastal Management<br>943 Washington Square Mall<br>Washington, NC 27889 |
| Mayor Jason Shamis<br>405 North Main Street<br>Campobello, SC 29322 | North Carolina Department of Environment Quality<br>Asheville Regional Office<br>2090 U.S. Highway<br>Swannanoa, NC 28778 |
| D. Marche Pittman<br>County Manager, Polk County, NC<br>P.O. Box 308<br>Columbus, NC 28722 | South Carolina Department of Environmental Sciences<br>2600 Bull Street<br>Columbia, SC 29201 |
| John Mitchell<br>County Manager, Henderson County<br>1 Historic Courthouse Square, Suite 2<br>Hendersonville, SC 28792 | Benjamin Thepaut<br>Section Manager, Coastal Zone Consistency<br>2600 Bull Street<br>Columbia, SC 29201 |

| | |
|---|---|
| Cole Alverson<br>County Administrator, Spartanburg County<br>366 North Church Street<br>Main Level, Suite 100<br>Spartanburg, SC 29303 | United States Army Corps of Engineers<br>Wilmington District<br>69 Darlington Drive<br>Wilmington, NC 28403 |
| United States Army Corps of Engineers<br>Charleston District<br>69A Hagood Avenue<br>Charleston, SC 29403 | Deirdre Hewitt<br>National Park Service<br>Rivers and Trails Conservation Program<br>Atlanta Federal Center, 1924 Building<br>100 Alabama Street, SW<br>Atlanta, GA, 30303 |
| Mike Oetker, Regional Director<br>United States Fish and Wildlife Service<br>Southeast Region 4<br>1875 Century Boulevard Suite 400<br>Atlanta, GA 30345 | Communications and Outreach Branch, NOAA,<br>N/NGS12<br>National Geodetic Survey, SSMC3 #9340<br>1315 East West Highway<br>Silver Spring, MD 20910-3282<br>RRAE@noaa.gov |
| Tim Beard, State Conservationist<br>USDA NRCS State Office<br>4407 Bland Road Suite 117<br>Raleigh, NC 27609 | United States EPA<br>Ariel Rios Building<br>1200 Pennsylvania Ave., NW<br>Mail Code 1101-A<br>Washington, DC 20460 |
| Ann English, State Conservationist<br>USDA, NRCS State Office<br>1835 Assembly Street, Suite 950<br>Columbia, SC 29201 | USDA Natural Resources Conservation Service<br>1400 Independence Avenue, SW, Room 5204-S<br>Washington, DC 20250 |
| Ramona Bartos<br>Deputy State Historic Preservation Officer<br>North Carolina Historic Preservation Office<br>4617 Mail Service Center<br>Raleigh, NC 27699-4617 | Jason T. Orthner, PE, CPM, Director<br>North Carolina Department of Transportation<br>Rail Division<br>1553 Mail Service Center<br>Raleigh, NC 27699-1533 |
| South Carolina Historic Preservation Office<br>SC Department of Archives and History<br>8301 Parklane Road<br>Columbia, SC 29223 | David Gray<br>South Carolina Department of Transportation<br>Freight and Rail Planner<br>955 Park Street<br>Columbia, SC 29201 |
| Mark Foust, Regional Director<br>National Park Service<br>Atlanta Federal Center, 1924 Building<br>100 Alabama Street, SW<br>Atlanta, GA 30303 | Bob Ratcliffe, Chief<br>Conservation and Outdoor Recreation Division<br>Rivers, Trails, and Conservation Assistance Program<br>1849 C. Street NW, Room 1344<br>Washington, DC 20240 |

October 31, 2024

*/s/ Crystal M. Zorbaugh*
Crystal M. Zorbaugh
Attorney for Norfolk Southern Railway Company

## <u>ATTACHMENT 1</u>

**ENVIRONMENTAL AND HISTORIC REPORT
INCLUDING SAMPLE TRANSMITTAL LETTER**

**BEFORE THE**
**SURFACE TRANSPORTATION BOARD**

_____

**AB-290 (Sub. No. 415X)**

**NORFOLK SOUTHERN RAILWAY COMPANY**
**– PROPOSED ABANDONMENT EXEMPTION-**
**IN THE COUNTIES OF HENDERSON AND POLK IN NORTH CAROLINA AND THE**
**COUNTIES OF GREENVILLE AND SPARTANBURG IN SOUTH CAROLINA**

_____

**Combined Environmental and Historic Report**

Scott Plum, Director
Strategic Planning – Box 7
Norfolk Southern Corporation
650 West Peachtree Street, NW
Atlanta, GA 30308
(470) 463-6627
scott.plum@nscorp.com

**October 31, 2024**

**BEFORE THE**
**SURFACE TRANSPORTATION BOARD**

---

**AB-290 (Sub. No. 415X)**

**NORFOLK SOUTHERN RAILWAY COMPANY**
**– PROPOSED ABANDONMENT EXEMPTION-**
**IN THE COUNTIES OF HENDERSON AND POLK IN NORTH CAROLINA AND THE**
**COUNTIES OF GREENVILLE AND SPARTANBURG IN SOUTH CAROLINA**

---

## Combined Environmental and Historic Report

Norfolk Southern Railway Company ("NSR") submits this Combined Environmental and Historic Report ("E&HR") pursuant to 49 C.F.R. § 1105.7(e) and 49 C.F.R. § 1105.8(d), respectively, in connection with NSR's proposed abandonment of an approximately 31.3-mile-rail line,[1] extending from approximately Milepost W 26.0 +/- to approximately Milepost W 57.3 +/- (the "Line") in the Counties of Henderson and Polk in North Carolina and the Counties of Greenville and Spartanburg in South Carolina

---

[1] According to NSR's research, this line was originally constructed by the Asheville and Spartanburg Railroad ("A&SR") with construction completed to Spartanburg, S.C. to Hendersonville, N.C. in 1879. See Annual Report of the Board of Railroad Commissioners of North Carolina, p. 215 (1891) available at https://archive.org/details/annualreportboa85unkngoog/page/18/mode/2up?q=asheville. A&SR completed the remaining portion of the A&SR line from Hendersonville, NC to Asheville, NC by 1886, under management of the Richmond and Danville Railroad Company. Id. The Asheville and Spartanburg Railroad was eventually folded into the Richmond and Danville Railroad system in the mid-1880's. The Richmond and Danville Railroad was sold in forclosure in 1894, with its property absorbed into Southern Railway Company. From 1894 to 1982, the Line was controlled by the Southern Railway Company ("SRC") until SRC merged with Norfolk and Western Railway Company into Norfolk Southern Corporation, . See Norfolk Southern Corporation—Control—Norfolk and Western Railway Company and Southern Railway Company, FD 29430 (Sub-No. 1) (I.C.C. served March 19, 1982). Norfolk Southern Railway Company remains to date a subsidiary of the Norfolk Southern Corporation.

# ENVIRONMENTAL REPORT

## 49 CFR 1105.7(e)(1)

### Proposed Action and Alternatives

*Describe the proposed action, including commodities transported, the planned disposition (if any) of any rail line and other structures that may be involved, and any possible changes in current operations or maintenance practices. Also describe any reasonable alternatives to the proposed action. Include a readable, detailed map and drawings clearly delineating the project.*

RESPONSE:  NSR is seeking to abandon an approximately 31.3-mile-long rail line extending from approximately Milepost W 26.0 +/- in Henderson County, NC to approximately Milepost W 57.3 in Spartanburg County, South Carolina.  There are 7 structures (bridges) on the Line.

No customers have been served on the Line for more than twenty years.  Following abandonment, NSR will not be salvaging the Line's rail and related track material.  The contour of the existing roadbed will remain as is, and existing drainage systems will remain intact.  No ballast will be removed, and no soil disturbance will occur.  No digging or burying of any kind will be undertaken as a result of the abanonment.  Accordingly, NSR believes that no storm water mitigation measures including, but not limited to, a National Pollutant Discharge Elimination System permit will be required.

The alternative to abandonment is to not abandon the Line and retain the track in place. This alternative is not satisfactory.  NSR would continue to incur opportunity and other holding costs that would need to be covered by non-existent shippers were the Line to be retained.

A map depicting the Line is attached as **Appendix A**.  An example of NSR's letter to federal, state and local government agencies along with a list of the consulting agencies that NSR has contacted is attached as **Appendix B.**  Comments received as a result of NSR's written requests for feedback can be found in **Appendix C.**   A bridge list is attached as **Appendix D**.

### 49 CFR 1105.7(e)(2)  Transportation system.

*Describe the effects of the proposed action on regional or local transportation systems and patterns. Estimate the amount of traffic (passenger or freight) that will be diverted to other transportation systems or modes as a result of the proposed action.*

RESPONSE:  Effects of the proposed action on regional or local transportation systems and patterns would be negligible.  There is no NSR rail freight or passenger traffic originating or terminating on the Line.

### 49 CFR 1105.7(e)(3)  Land use.

*(i)  Based on consultation with local and/or regional planning agencies and/or a review of the official planning documents prepared by such agencies, state whether the proposed action is consistent with existing land use plans. Describe any inconsistencies.*

RESPONSE:  NSR believes that the proposed abandonment is consistent with, and would promote, existing land use plans. The land adjoining the Line consists of a combination of residential and commercial areas, and state forests.  By letters dated August 27, 2024, an outline of future land use plans was requested from Henderson and Polk Counties, in North Carolina, Greenville and Spartanburg Counties in South Carolina, the municipalities of Tryon and Saluda in North Carolina, and the municipalities of Campobello, Inman and Landrum in South Carolina, all of which were asked to comment on the consistency of the proposed abandonment of the Line with existing land use plans. See E&HR Consultation Letter Example and Service List, attached as **Appendix B**. In correspondence dated September 4, 2024 received from the City of Inman, SC, the City provided its land use plan and was supportive of the abandonment as part of a "Saluda Grade Trail Project". Other support letters were received from Spartanburg County, SC and the City of Landrum, SC. See Agency Comments/Responses in **Appendix C.**

*(ii)  Based on consultation with the U.S. Soil Conservation Service, state the effect of the proposed action on any prime agricultural land.*

RESPONSE:  NSR does not believe the abandonment will have any adverse impact on prime agricultural land.  However, a copy of this E&HR has been mailed to The United States Department of Agriculture Natural Resources Conservation Service ("USDA NRCS") for its information and to provide USDA NRCS an opportunity to comment.  See **Appendix B.**

*(iii)  If the action affects land or water uses within a designated coastal zone, include the coastal zone information required by Sec. 1105.9.*

RESPONSE:  The Line does not appear to be located within a coastal zone.  However, a copy of the E&HR was mailed to the North Carolina Department of Environmental Quality, Division of Coastal Management and the South Carolina Department of Environmental Services, Bureau of Coastal Management for its comments and feedback. See **Appendix B.**

*(iv) If the proposed action is an abandonment state whether or not the right-of-way is suitable for alternative public use under 49 U.S.C. 10906 and explain why.*

RESPONSE:  NSR has a mix of fee simple ownership, charter rights and easements to the right-of-way underlying the Line proposed for abandonment; thus, NSR may have a corridor available for redeployment for alternative public use(s).  However, NSR is currently in discussions with a local entity concerning possibly establishing a trail over the Line.  The Line does not contain any federally granted right-of-way.

## 49 CFR 1105.7(e)(4)  Energy.

*(i)  Describe the effect of the proposed action on transportation of energy resources.*

RESPONSE:  Development and transportation of energy resources will not be affected by the abandonment.  There is no NSR rail freight or passenger traffic originating or terminating on the Line.

*(ii)  Describe the effect of the proposed action on recyclable commodities.*

RESPONSE:  Movement or recovery of recyclable commodities will not be affected by the abandonment.   There is no NSR rail freight or passenger traffic originating or terminating on the Line.

*(iii)  State whether the proposed action will result in an increase or decrease in overall energy efficiency and explain why.*

RESPONSE:  The proposed action will not result in any material impact in overall energy efficiency because there is no NSR rail freight or passenger traffic originating or terminating on the Line.

*(iv)  If the proposed action will cause diversions from rail to motor carriage of more than:*
*(A)  1,000 rail carloads a year; or*
*(B)  An average of 50 rail carloads per mile per year for any part of the affected line, quantify the resulting net change in energy consumption and show the data and methodology used to arrive at the figure given.*

RESPONSE:  The diversion of traffic to motor carriers will not exceed the thresholds set forth at 49 CFR §1105.7(e)(4) as no diversions will occur.   Accordingly, there is no need to produce data on diverted traffic or to quantify the net change in energy consumption.

**49 CFR 1105.7(e)(5)  Air.**

*(i)  If the proposed action will result in either:*
*(A)  An increase in rail traffic of at least 100 percent (measured in gross ton miles annually) or an increase of at least eight trains a day on any segment of rail line affected by the proposal, or*
*(B)  An increase in rail yard activity of at least 100 percent (measured by carload activity), or*
*(C)  An average increase in truck traffic of more than 10 percent of the average daily traffic or 50 vehicles a day on any affected road segment, quantify the anticipated effect on air emissions.*

RESPONSE:  The above thresholds will not be exceeded.

*(ii)  If the proposed action affects a class I or nonattainment area under the Clean Air Act, and will result in either:*
*(A)  An increase in rail traffic of at least 50 percent (measured in gross ton miles annually) or an increase of at least three trains a day on any segment of rail line,*
*(B)  An increase in rail yard activity of at least 20 percent (measured by carload activity), or*
*(C)  An average increase in truck traffic of more than 10 percent of the average daily traffic or 50 vehicles a day on a given road segment, then state whether any expected increased emissions are within the parameters established by the State Implementation Plan.*

RESPONSE:  The above thresholds will not be exceeded.

*(iii)   If transportation of ozone depleting materials (such as nitrogen oxide and Freon®) is contemplated, identify: the materials and quantity; the frequency of service; safety practices (including any speed restrictions); the applicant's safety record (to the extent available) on derailments, accidents and spills; contingency plans to deal with accidental spills; and the likelihood of an accidental release of ozone depleting materials in the event of a collision or derailment.*

RESPONSE:  Not applicable.

### 49 CFR 1105.7(e)(6)  Noise.

*If any of the thresholds identified in item (5)(i) of this section are surpassed, state whether the proposed action will cause:*
*(i) An incremental increase in noise levels of three decibels Ldn or more; or*
*(ii)  An increase to a noise level of 65 decibels Ldn or greater.*
*If so, identify sensitive receptors (e.g., schools, libraries, hospitals, residences, retirement communities, and nursing homes) in the project area, and quantify the noise increase for these receptors if the thresholds are surpassed.*

RESPONSE:  The above thresholds will not be exceeded.

### 49 CFR 1105.7(e)(7)  Safety.

*(i)  Describe any effects of the proposed action on public health and safety (including vehicle delay time at railroad grade crossings).*

RESPONSE:  Abandonment of the Line will have no adverse impact on public health and safety.   In correspondence dated October 14, 2024, the South Carolina Department of Transportation ("SCDOT") discussed aspects of existing grade crossings that may wish to be be considered.  NSR agrees these concerns should be considered, and will work with the trail group who will be purchasing the line to address the items outlined by SCDOT.

*(ii)  If hazardous materials are expected to be transported, identify: the materials and quantity; the frequency of service; whether chemicals are being transported that, if mixed, could react to form more hazardous compounds; safety practices (including any speed restrictions); the applicant's safety record (to the extent available) on derailments, accidents and hazardous spills; the contingency plans to deal with accidental spills; and the likelihood of an accidental release of hazardous materials.*

RESPONSE:  Not applicable.

*(iii)  If there are any known hazardous waste sites or sites where there have been known hazardous materials spills on the right-of-way, identify the location of those sites and the types of hazardous materials involved.*

RESPONSE:  NSR has no knowledge of hazardous waste sites or sites where there have been known hazardous material spills on the right-of-way or in areas adjacent to the Line.

## 49 CFR 1105.7(e)(8)  Biological Resources.

*(i)  Based on consultation with the U.S. Fish and Wildlife Service, state whether the proposed action is likely to adversely affect endangered or threatened species or areas designated as a critical habitat, and if so, describe the effects.*

RESPONSE:  NSR does not believe the abandonment will have any adverse impact on surrounding habitats and species.  However, a copy of this E&HR has been mailed to the U.S. Fish and Wildlife Service ("USF&WS") to ascertain any impacts to surrounding habitats and species.  See **Appendix B.**  In addition, NSR has completed the desktop review process using the USF&W IPaC web portal.  That review process incidated this abandonment would have no effect on surrounding habitats and species.  NSR agrees with the USF&WS IPaC web portal findings, specifically because NSR is not conducting salvage, there will be no change in surrounding habitats resulting from the abandonment. USF&WS has been supplied with a copy of this report.  See **Appendix B.**  In correspondence dated October 16, 2024, the USF&WS opined, "...a suitable habitat is not present withing the propised action area for any federally listed species.  We believe the requirements under section 7 of the Endangered Species Act are fulfilled."  See **Appendix C.**

*(ii)  State whether wildlife sanctuaries or refuges, National or State parks or forests will be affected, and describe any effects.*

RESPONSE:  The Line does not appear to pass through state parks or forests, national parks or forests, or wildlife sanctuaries, although the Norman Wilder Forest is nearby.  As such,

no adverse effects on wildlife sanctuaries, national parks or forests, or state parks or forests are anticipated.  Regardless, NSR requested input from the National Park Service ("NPS") by letter dated August 27, 2024. NPS has been supplied with a copy of this Report. See **Appendix B.**

### 49 CFR 1105.7(e)(9)  Water.

*(i)  Based on consultation with State water quality officials, state whether the proposed action is consistent with applicable Federal, State or local water quality standards. Describe any inconsistencies.*

RESPONSE:  NSR does not intend to remove or alter the contour of the roadbed underlying the Line to be abandoned by way of excavation or other ground-disturbance activity.  Accordingly, no soils will be disturbed as a result of the proposed abandonment, and no storm water mitigation measures – including, but not limited to, a National Pollutant Discharge Elimination System permit – will be required.  There are no plans to undertake in-stream work, or dredge and/or use any fill materials in connection with the proposed abandonment, so, for this reason also, the proposed abandonment will not result in water quality impacts.  NSR currently provides no rail service over the Line and has not done so for more than twenty years.

Consultation has been requested from the North Carolina Department of Environmental Quality ("NC DEQ"); the South Carolina Department of Environmental Services ("SCDES") and the United States Environmental Protection Agency ("EPA Region 4") via letters dated August 27, 2024. See **Appendix B.**  In correspondence dated September 25, 2024, NC DEQ stated, "The review has been completed and has found no adverse impact on the surrounding community and likewise knows of no situations in the community, which would affect this project from a non-hazardous solid waste perspective."  See **Appendix C.**

*(ii)  Based on consultation with the U.S. Army Corps of Engineers, state whether permits under section 404 of the Clean Water Act (33 U.S.C. 1344) are required for the proposed action and whether any designated wetlands or 100-year flood plains will be affected.  Describe the effects.*

RESPONSE: NSR believes that – (1) no permits under section 404 of the Clean Water Act will be required for the proposed abandonment, and (2) no designated wetlands or 100-year flood plains will be affected.  As NSR will not be salvaging the Line's rail and related track material, the geometry of the roadbed will not be altered and no in-stream work is contemplated.  For this reason, NSR believes that a permit under Section 404 of the Clean Water Act will not be required.  In addition, no discernible effects on either 100-year flood plains or adjacent wetlands are expected in connection with the proposed abandonment.  Consultation was requested from the U.S. Army Corps of Engineers Wilmington Division Headquarters ("USACE-W") and the U.S. Army Corps of Engineers Charleston Division Headquarters ("USACE-C") via letters dated August 27, 2024.  A copy of this Report was attached to the letters. See **Appendix B.**

*(iii)  State whether permits under section 402 of the Clean Water Act (33 U.S.C. 1342) are required for the proposed action.*

RESPONSE:  NSR does not plan to remove or alter the roadbed underlying the Line, or to undertake in-stream work or to dredge or use any fill materials.  There will be no excavation or other ground-disturbance activity, and, because no soils will be disturbed, no storm water mitigation measures – including, but not limited to, a National Pollutant Discharge Elimination System permit – will be required.  NSR anticipates that the abandonment will not affect water quality and that additional permitting under Section 402 will not be required.  Nevertheless, NSR has requested input from the EPA Region 4, the North Carolina Department of Environmental Quality, and the South Carolina Department of Environmental Services by letters dated August 27, 2024.  A copy of this Report was attached to the letters.  See **Appendix B.**

**49 CFR 1105.7(e)(10)  Proposed Mitigation.**

*Describe any actions that are proposed to mitigate adverse environmental impacts, indicating why the proposed mitigation is appropriate.*

RESPONSE:  Abandonment of the Line is not expected to produce adverse environmental impacts for the reasons set forth above.  To reiterate, NS is not salvaging the materials on the line in association with this abandonment. Therefore, NSR is of the opinion that mitigating action is unnecessary. However, NSR will undertake all reasonable mitigation associated with these activities as directed by the Board to assure the abandonment does not produce adverse environmental impacts, including consulting with federal, state, and/or local agencies on any mitigation measures they may recommend to the Board.

## HISTORIC REPORT

## 49 CFR 1105.8(d)

## PROPOSED ACTION AND ALTERNATIVES

NSR proposes to abandon an approximately 31.3-mile rail line, extending from approximately Milepost W 26.0 +/- to approximately Milepost W 57.3 +/- (the "Line") in the Counties of Henderson and Polk in North Carolina and the Counties of Greenville and Spartanburg in South Carolina of Greensboro, North Carolina. No customers have been served on the Line for more than twenty years.

Following abandonment, no salvage activities will be performed. The contour of the existing roadbed will remain as is and existing drainage systems will remain intact. No ballast will be removed, and no soil disturbance will occur. No digging or burying of any kind will be undertaken. Accordingly, NSR believes that no storm water mitigation measures – including, but not limited to, a National Pollutant Discharge Elimination System permit – will be required.

The alternative to abandonment is to not abandon the Line and retain the track in place. This alternative is not satisfactory. NSR would continue to incur opportunity and other holding costs that would need to be covered by non-existent shippers were the Line to be retained. A map depicting the Line is attached in **Appendix A**.

## ADDITIONAL INFORMATION

(1)     **U.S.G.S. Topographic Map** – U.S.G.S. topographic maps depicting the location of the proposed abandonment are attached **Appendix E.** These topographic maps were furnished to the North Carolina State Historic Preservation Office and the South Carolina State Historic Preservation Office as part of a complete copy of this report via letters dated September 23, 2024.

37

See **Appendix B**.  In correspondence dated October 11, 2024, the North Carolina State Historic Preservation Office opined, "We have conducted a review of the project and are aware of no historic resources which would be affected by the project."  See **Appendix C.**

**(2)**     <u>**Written Description of Right of Way**</u> – The right-of-way width is approximately 200 feet mostly centered along the main track centerline.  Pursuant to Surface Transportation Board policy, the railroad's right-of-way will constitute the Area of Potential Effect ("APE") for this undertaking.

**(3)**     <u>**Photographs**</u> - Photographs of the ninestructures (bridges) on the Line are attached as **Appendix E.**  NS furnished these photographs to the North Carolina State Historic Preservation Office and the South Carolina State Historic Preservation Office in a supplemental correspondence. Both the North Carolina and South Carolina State Historic Preservation offices received this report via letters dated  September 23 2024. See **Appendix B**.

**(4)**     <u>**Date of Construction of Structures**</u> – There are nine structures along the Line, with at least 5 that are 50 years old or older, each of them are ordinary rail bridges.  A bridge list is attached as **Appendix D**.

**(5)**     <u>**History of Operations and Changes Contemplated**</u> –According to NSR's research, this line was originally constructed by the Asheville and Spartanburg Railroad ("A&SR") with construction completed to Spartanburg, S.C. to Hendersonville, N.C. in 1879.[2]  A&SR completed the remaining portion of the A&SR line from Hendersonville, NC to Asheville, NC by 1886, under management of the Richmond and Danville Railroad Company. <u>Id.</u> The Asheville and Spartanburg Railroad was eventually folded into the Richmond and Danville Railroad system in the mid-1880's. The Richmond and Danville Railroad was sold in forclosure in 1894, with its property

---

[2] <u>See</u> <u>Annual Report of the Board of Railroad Commissioners of North Carolina</u>, p. 215 (1891) available at
https://archive.org/details/annualreportboa85unkngoog/page/18/mode/2up?q=asheville.

absorbed into Southern Railway Company. From 1894 to 1982, the Line was controlled by the Southern Railway Company ("SRC") until SRC  merged with Norfolk and Western Railway Company into Norfolk Southern Corporation, .  See Norfolk Southern Corporation—Control— Norfolk and Western Railway Company and Southern Railway Company, (FD 29430 (Sub-No. 1)) (I.C.C. served March 19, 1982). Norfolk Southern Railway Company remains to date a subsidiary of the Norfolk Southern Corporation.

**(6)**    **Summary of Documents In Carrier's Possession That Might Be Useful for Documenting a Structure That Is Found To Be Historic** –  While plans may be available for the nine structures on the Line, it is most likely that any such plans are standard plans used for the construction of similar structures on the dates of construction.

**(7)**    **Opinion Regarding Criteria For Listing In The National Register Of Historic Places**

There are nine structures within the APE for this project.  NSR believes that none of the structures on the Line nor the Line itself meets the criteria for listing in the *National Register of Historic Places*.  The railroad has no reason to believe that there is any likelihood of finding archaeological resources or historic properties on the Line proposed for abandonment as no salvage is to be undertaken.

**(8)**    **Subsurface Ground Conditions That Might Affect Archaeological Recovery**

Based on its records, NSR is not aware of any prior subsurface ground disturbances or environmental conditions that would affect archaeological recovery.  Moreover, abandonment of the Line and will not affect any potential archaeological resources.  The subsurface of the right-of-way was initially disturbed in the construction of the railroad line by grading and filling. Abandonment and of the Line will not result in activities below the surface, or below the level of initial disturbance, as no salvage is being performed.

**(9)**    **<u>Follow-Up Information</u>** – Additional information will be provided as appropriate.  .

**BEFORE THE**
**SURFACE TRANSPORTATION BOARD**

_____

**AB-290 (Sub. No. 415X)**

**NORFOLK SOUTHERN RAILWAY COMPANY**
**– PROPOSED ABANDONMENT EXEMPTION-**
**IN THE COUNTIES OF HENDERSON AND POLK IN NORTH CAROLINA AND THE**
**COUNTIES OF GREENVILLE AND SPARTANBURG IN SOUTH CAROLINA**

_____

**Combined Environmental and Historic Report**

**APPENDIX A**

**Map**



**BEFORE THE**
**SURFACE TRANSPORTATION BOARD**

_____

**AB-290 (Sub. No. 415X)**

**NORFOLK SOUTHERN RAILWAY COMPANY**
**– PROPOSED ABANDONMENT EXEMPTION-**
**IN THE COUNTIES OF HENDERSON AND POLK IN NORTH CAROLINA AND THE**
**COUNTIES OF GREENVILLE AND SPARTANBURG IN SOUTH CAROLINA**

_____

**<u>Combined Environmental and Historic Report</u>**

**APPENDIX B**

**Sample Consultation Letter & Recipient List**

RECIPIENT LIST

Proposed Rail Line Abandonment on Norfolk Southern Railway Company's rail line segment between W 26.0 +/- in Henderson County, North Carolina and W 57.3 +/- in Spartanburg County, South Carolina, a distance of approximately 31.3 miles.

| | |
|---|---|
| Mayor Tangie Morgan<br>6 East Main Street<br>Saluda, NC 28773 | Joseph Kernell<br>County Administrator, Greenville County<br>Greenville County Square<br>Suite N-4000<br>Greenville, SC 29601 |
| Mayor Alan Peoples<br>Tryon Town Hall<br>301 North Trade Street<br>Tryon, NC 28782 | Jeaneanne Gettle<br>Acting Regional Administrator<br>United States EPA – Region 4<br>61 Forsyth Street SW<br>Atlanta, GA  30303 |
| Mayor Robert B. Briggs<br>100 North Shamrock Avenue<br>Landrum, SC 29356 | North Carolina Department of Administration<br>State Environmental Review Clearinghouse<br>1301 Mail Service Center<br>Raleigh, NC  27669-1301 |
| Mayor Cornelius Huff<br>20 South Main Street<br>Inman, SC 29349 | Kelly Spivey<br>District Manager, Washington District<br>North Carolina DEQ Division of Coastal Management<br>943 Washington Square Mall<br>Washington, NC 27889 |
| Mayor Jason Shamis<br>406 North Main Street<br>Campobello, SC 29322 | North Carolina Department of Environment Quality<br>Asheville Regional Office<br>2090 U.S. Highway<br>Swannanoa, NC 28778 |
| D. Marche Pittman<br>County Manager, Polk County, NC<br>P. O. Box 308<br>Columbus, NC 28722 | South Carolina Department of Environmental Services<br>2600 Bull Street<br>Columbia, SC 29201 |
| John Mitchell<br>County Manager, Henderson County<br>1 Historic Courthouse Square, Suite 2<br>Hendersonville, NC 28792 | Benjamin Thepaut<br>Section Manager, Coastal Zone Consistency<br>2600 Bull Street<br>Columbia, SC 29201 |
| Cole Alverson<br>County Administrator, Spartanburg County<br>366 North Church Street<br>Main Level, Suite 100<br>Spartanburg, SC 29303 | United States Army Corps of Engineers<br>Wilmington District<br>69 Darlington Drive<br>Wilmington, NC 28403 |

| | |
|---|---|
| United States Army Corps of Engineers<br>Charleston District<br>69A Hagood Avenue<br>Charleston, SC 29403 | Deirdre Hewitt<br>National Park Service<br>Rivers and Trails Conservation Program<br>Atlanta Federal Center, 1924 Building<br>100 Alabama Street, SW<br>Atlanta, GA, 30303 |
| Mike Oetker, Regional Director<br>United States Fish and Wildlife Service<br>Southeast Region 4<br>1875 Century Boulevard Suite 400<br>Atlanta, GA  30345 | Communications and Outreach Branch, NOAA, N/NGS12<br>National Geodetic Survey, SSMC3 #9340<br>1315 East West Highway<br>Silver Spring, MD  20910-3282<br>RRAE@noaa.gov |
| Tim Beard, State Conservationist<br>USDA NRCS State Office<br>4407 Bland Road Suite 117<br>Raleigh, NC  27609 | United States EPA<br>Ariel Rios Building<br>1200 Pennsylvania Ave., NW<br>Mail Code 1101-A<br>Washington, DC  20460 |
| Ann English, State Conservationist<br>USDA NRCS State Office<br>1835 Assembly Street, Suite 950<br>Columbia, SC 29201 | USDA Natural Resources Conservation Service<br>1400 Independence Avenue, SW, Room 5204-S<br>Washington, DC 20250 |
| Ramona Bartos<br>Deputy State Historic Preservation Officer<br>North Carolina Historic Preservation Office<br>4617 Mail Service Center<br>Raleigh, NC  27699-4617 | Jason T. Orthner, PE, CPM, Director<br>Rail Division<br>North Carolina Department of Transportation<br>1553 Mail Service Center<br>Raleigh, NC 27699-1533 |
| South Carolina Historic Preservation Office<br>SC Department of Archives and History<br>8301 Parklane Road<br>Columbia, SC 29223 | David Gray<br>South Carolina Department of Transportation<br>Freight and Rail Planner<br>955 Park Street<br>Columbia, SC 29201 |
| Mark Foust, Regional Director<br>National Park Service<br>Atlanta Federal Center, 1924 Building<br>100 Alabama Street, SW<br>Atlanta, GA 30303 | Mr. Bob Ratcliffe, Chief<br>Chief, Conservation and Outdoor Recreation Division<br>Rivers, Trails, and Conservation Assistance Program<br>1849 C. Street NW, Room 1344<br>Washington, DC 20240 |



Norfolk Southern Corporation
650 Peachtree Street, NW
Atlanta, GA 30308

Scott Plum
Director – Strategic Planning
470 463 6627
scott.plum@nscorp.com

September XX, 2024

[ENTITY}

RE:    AB-290 (Sub-No. 415X), Norfolk Southern Railway Company Abandonment –
Henderson and Polk Counties in North Carolina and Greenville and Spartanburg Counties in
South Carolina

[GREETING]

Norfolk Southern Railway Company (NSR) plans to request authority from the Surface
Transportation Board (STB) to abandon the segment of rail line between approximately Milepost
W 26.0 +/- in Henderson County, North Carolina and approximately Milepost W 57.3 +/-, a
distance of 31.3 ("Line").[1]

Enclosed is a Combined Environmental and Historic Report (Report) which describes the
proposed abandonment and other pertinent information.  A map of the proposed track
abandonment can be found in **Appendix A** of this report.  **Appendix B** of this report lists the
various agencies receiving it. **Appendix C** of this report lists the various agency responses.
**Appendix D** of this report provides a list of bridges on the Line.

NSR does not anticipate adverse environmental impacts as NSR will not be conducting salvage
operations; however, if you identify any adverse environmental effects, please describe the
actions that would assist in alleviating them.  Please provide us with a written response
indicating any concerns or lack thereof, which will be included in the Report and sent to the

---

[1] According to NSR's research, this line was originally constructed by the Asheville and Spartanburg
Railroad ("A&SR") with construction completed to Spartanburg, S.C. to Hendersonville, N.C. in 1879.
See Annual Report of the Board of Railroad Commissioners of North Carolina, p. 215 (1891) available at
https://archive.org/details/annualreportboa85unkngoog/page/18/mode/2up?q=asheville. A&SR completed
the remaining portion of the A&SR line from Hendersonville, NC to Asheville, NC by 1886, under
management of the Richmond and Danville Railroad Company. Id. The Asheville and Spartanburg
Railroad was eventually folded into the Richmond and Danville Railroad system in the mid-1880's. The
Richmond and Danville Railroad was sold in forclosure in 1894, with its property absorbed into Southern
Railway Company. From 1894 to 1982, the Line was controlled by the Southern Railway Company
("SRC") until SRC  merged with Norfolk and Western Railway Company into Norfolk Southern
Corporation, . See Norfolk Southern Corporation—Control—Norfolk and Western Railway Company
and Southern Railway Company, FD 29430 (Sub-No. 1) (I.C.C. served March 19, 1982). Norfolk
Southern Railway Company remains to date a subsidiary of the Norfolk Southern Corporation.

Surface Transportation Board (STB).

This Report is being provided so that you may submit information that will form the basis for the STB's independent environmental analysis of the proceeding.  If you believe any of the information is incorrect, if you think pertinent information is missing, or if you have any questions about the Board's Environmental Review process, please contact the Office of Environmental Analysis (OEA) by telephone at (202) 245-0245 or by mail to:

> Surface Transportation Board
> 395 E Street, S.W., Room 1106
> Washington DC  20423-0001

Questions regarding the abandonment process generally, offers of financial assistance, and/or public use or trail use may be directed to the Board's Office of Public Assistance, Governmental Affairs, and Compliance at 202-245-0230. Based on information in our possession, the Line does not contain federally granted rights-of-way. However, any documentation in NSR's possession will be made available promptly to those requesting it. Please refer to the above Docket when contacting the STB.

Applicable statutes and regulations impose stringent deadlines for processing this action.  For this reason your written comments (with a copy to us) would be appreciated within three weeks. Your comments will be considered by the Board in evaluating the environmental impacts of the contemplated action.  In order for us to consider your input prior to filing with the STB, NSR must receive your comments within three weeks.  Please provide information to Scott Plum by email or by mail at:

> Scott Plum, Director
> Strategic Planning, Box 7
> Norfolk Southern Corporation
> 650 West Peachtree Street NW
> Atlanta, GA 30308
> (757) 463-6627
> scott.plum@nscorp.com

Best regards,

Scott D. Plum

Attachment

## **ATTACHMENT 2**

**CONSULTING AGENCY RESPONSES TO
ENVIRONMENTAL AND HISTORIC REPORT
(POST-CIRCULATION)**

**BEFORE THE**
**SURFACE TRANSPORTATION BOARD**

_____

**AB-290 (Sub. No. 415X)**


**NORFOLK SOUTHERN RAILWAY COMPANY**
**– PROPOSED ABANDONMENT EXEMPTION-**
**IN THE COUNTIES OF HENDERSON AND POLK IN NBORTH CAROLINA AND**
**THE COUNTIES OF GREENVILLE AND SPARTANBURG IN SOUTH CAROLINA**

_____

**<u>Combined Environmental and Historic Report</u>**


**APPENDIX C**

**Agency Comments/Responses**



# County of Spartanburg

Post Office Box 5666
TELEPHONE (864) 596-2526
FAX (864) 596-2232
calverson@spartanburgcounty.org

### Spartanburg, South Carolina 29304

**B. COLE ALVERSON**
COUNTY ADMINISTRATOR

September 18, 2024

Scott Plum, Director
Strategic Planning – Box 7
Norfolk Southern Corporation
650 W Peachtree St., NW
Atlanta, GA 30308

Re:    AB-290 (Sub-No. 415X), Norfolk Southern Railway Company -
         Abandonment – in (Zirconia, NC – Inman, SC)

Dear Mr. Plum:

As Administrator for Spartanburg County, I submit this letter in support of the above-referenced transaction. We have been working with Play Advocate Live Well (PAL) to strategically increase trail mileage throughout the County. This project directly supports that objective, and the County is a funding partner in this transaction and its subsequent buildout. The County fully understands that if Norfolk Southern abandons this rail segment, they will not be conducting any further salvage on this line and will also need an authorization from the Surface Transportation Board.

If you have questions or require additional information, please don't hesitate to contact me at 864-596-2526.

Sincerely,

B. Cole Alverson
County Administrator

50



20 S. Main Street, Inman, SC 29349

www.cityofinman.org

Sept 4th, 2024

Mr. Scott Plum
Strategic Planning- Box 7
Norfolk Southern Corporation
650 W Peachtree St NW
Atlanta, GA. 30308

Re: City of Inman Support and Participation for the Saluda Grade Trail

Dear. Mr. Plum:

The City of Inman is in support of the Saluda Grade Trail project.

For over 100 years the railroad connected all of the cities here in this part of Spartanburg County. We look forward to working with our community partners in Landrum and Campobello, plus our neighbors in North Carolina, to make this project a success. The leadership at PAL and Upstate Forever, here in SC and Conserving Carolina in NC continue to be wonderful stewards for this endeavor. They have laid out a clear and reasonable approach that allows for public input and needed conversations.

As a partner in this project, we commit to:
- Encourage our residents to participate in the community engagement process through our social media and other communication channels.
- Participate in developing an economic development and tourism marketing plan for the project.
- A trail side park that will feature restrooms, a museum, parking lot, gathering space.

We are in full support of this project, and we kindly ask for your cooperation to make this transformative trail a reality.

Sincerely,

Honorable Cornelius Huff
Mayor City of Inman



### S O U T H   C A R O L I N A

100 North Shamrock Avenue   Landrum, South Carolina 29356   Phone. 864.457.3000   Fax. 864.457.2702

September 5, 2024

Mr. Scott Plum, Director
Strategic Planning – Box 7
Norfolk Southern Corporation
650 W Peachtree St NW
Atlanta, GA 30308

Re: AB-290 Norfolk Southern Railway Company
Abandonment – (Zirconia, NC to Inman SC)

Dear Mr. Plum:

Thank you for your letter of August 27 regarding the abandonment of the railroad line that traverses Landrum, South Carolina. Landrum, South Carolina was founded because of the Southern Railway line serving our area of Upstate South Carolina. Indeed, our history is obviously tied to this fact.

Now, the city government and its residents and business owners have been following this planned transaction by Norfolk Southern with great interest and are looking forward to the reuse of this right-of-way for future generations. Transforming this line into a rail-to-trail is consistent with the city's plans for the future. The abandonment of this line is part of the City of Landrum Pedestrian Master Plan adopted in 2017 intended to connect people of all ages with a recreation and transportation alternative.  A portion of this plan including a map highlighting the location of the abandoned line is attached. This plan will not only bring new visitors to our city but offer an outstanding recreational amenity that is fully consistent with our city's growing tourism industry and contributes to our local businesses.

Therefore, we wholeheartedly endorse Norfolk Southern's plan to abandon this rail line.


Best Regards,

Robert B. Briggs, Mayor


Attached: City of Landrum Pedestrian Master Plan 2017



## North Carolina Department of Natural and Cultural Resources
### State Historic Preservation Office
Ramona M. Bartos, Administrator

Governor Roy Cooper
Secretary D. Reid Wilson

Office of Archives and History
Deputy Secretary, Darin J. Waters, Ph.D.

October 11, 2024

MEMORANDUM

TO:     Kadisha Molyneaux                                   state.clearinghouse@doa.nc.gov
              North Carolina State Clearinghouse
              Department of Administration

FROM:    Ramona M. Bartos, Deputy
            State Historic Preservation Officer

SUBJECT:   Abandon Norfolk Southern W railroad line from Milepost W 26.0, Zirconia North Carolina to Milepost W 57.3, Inman South Carolina, AB-290, Henderson and Polk County, 25-E-0000-0045, ER 24-2155

Thank you for your email of September 9, 2024, concerning the above project.

We have conducted a review of the project and are aware of no historic resources which would be affected by the project. Therefore, we have no comment on the project as proposed.

The above comments are made pursuant to Section 106 of the National Historic Preservation Act and the Advisory Council on Historic Preservation's Regulations for Compliance with Section 106 codified at 36 CFR Part 800.

Thank you for your cooperation and consideration. If you have questions concerning the above comment, contact Renee Gledhill-Earley, environmental review coordinator, at 919-814-6579 or environmental.review@dncr.nc.gov. In all future communication concerning this project, please cite the above referenced tracking number.

cc:    Scott Plum, Norfolk Southern Corporation                     scott.plum@nscorp.com

**Location:** 109 East Jones Street, Raleigh NC 27601   **Mailing Address:** 4617 Mail Service Center, Raleigh NC 27699-4617   **Telephone/Fax:** (919) 814-6570/814-6898

56



**Roy Cooper**
**Governor**

**Pamela B. Cashwell**
**Secretary**

October 11, 2024

Scott Plum
Norfolk Southern Corporation
Strategic Planning - Box 7
650 W Peachtree St NW
Atlanta, NC 30308-

**Re:  SCH File # 25-E-0000-0045 Proposal to abandon its railroad line ("Line") from Milepost W 26.0 +/- near**
**Zirconia, NC to Milepost W 57.3 +/- near Inman, SC.  STB Docket No. AB-290 (Sub-No. 415X)**

Dear Scott Plum:

The above referenced environmental impact information has been submitted to the State Clearinghouse under the provisions of the National Environmental Policy Act.  According to G.S. 113A-10, when a state agency is required to prepare an environmental document under the provisions of federal law, the environmental document meets the provisions of the State Environmental Policy Act.

Attached to this letter are comments made by  the agencies in the review of this document.  If any further environmental review documents are prepared for this project, they should be forwarded to this office for intergovernmental review.

If you have any questions, please do not hesitate to contact me at (984) 236-0000.

Sincerely,

KADISHA MOLYNEAUX
State Environmental Review Clearinghouse

Attachments

**Mailing**
**1301 Mail Service Center | Raleigh, NC 27699-1301**



**Location**
**325 N. Salisbury St. | Raleigh, NC 27603**
**984-236-0000**

**ncadmin.nc.gov**

54



**ROY COOPER**
*Governor*

**MARY PENNY KELLEY**
*Secretary*

**JAMIE RAGAN**
*Director*



NORTH CAROLINA
*Environmental Quality*

To:   Kadisha Molyneaux
      State Clearinghouse
      NC Department of Adminstration

From: Lyn Biles
      Permitting Assistance Supervisor
      North Carolina Department of Environmental Quality

Re:   25-0045
      Environmental Review - Proposal to abandon its railroad
      line ("Line") from Milepost W 26.0 +/- near Zirconia, NC
      to Milepost W 57.3 +/- near Inman, SC. STB Docket No.
      AB-290 (Sub-No. 415X)
      Henderson County

Date: October 11, 2024

The Department of Environmental Quality has reviewed the proposal for
the referenced project.  Based on the information provided, several
agencies of our agencies have identified permits that may be required
and provided some recommendations.

I have attached the comments for the applicant's consideration.

Thank you for the opportunity to respond.

Attachments





**ROY COOPER**
*Governor*

**MARY PENNY KELLEY**
*Secretary*

**MICHAEL SCOTT**
*Director*

**NORTH CAROLINA**
*Environmental Quality*

DATE:           September 25, 2024

TO:             Michael Scott, Division Director through Sharon Brinkley

FROM:           Deb Aja, Solid Waste Section Field Operations Branch

RE:             NEPA Project 25-0045 Henderson County, NC
                Norfolk Southern Corporation Rail Abandonment

---

The Solid Waste Section has reviewed the environmental scoping documents submitted by Norfolk Southern Corporation for the proposed abandonment of its railroad line ("Line") from Milepost W 26.0 +/- near Zirconia, NC to Milepost W 57.3 +/- near Inman, SC. The review has been completed and has found no adverse impact on the surrounding community and likewise knows of no situations in the community, which would affect this project from a non-hazardous solid waste perspective.

During the project, every feasible effort should be made to minimize the generation of waste, to recycle materials for which viable markets exist, and to use recycled products and materials in the development of this project where suitable. Any waste generated by this project that cannot be beneficially reused or recycled must be disposed of at a solid waste management facility approved to manage the respective waste type. The Section strongly recommends that any contractors are required to provide proof of proper disposal for all waste generated as part of the project. A list of permitted solid waste management facilities is available on the Solid Waste Section portal site at: https://deq.nc.gov/about/divisions/waste-management/solid-waste-section/solid-waste-permitted-facility-information-and-guidance/solid-waste-facility-lists

Please contact Lee Hill, Environmental Senior Specialist, for any questions regarding solid waste management for this project.  Mr. Hill can be reached at (828) 296-4700 or by email at lee.hill@ncdenr.gov.

Ec:     Lee Hill, Environmental Senior Specialist



North Carolina Department of Environmental Quality | Division of Waste Management
Asheville Regional Office | 2090 U.S. Highway 70 | Swannanoa, North Carolina 28778
828.296.4500    **56**

**ROY COOPER**
*Governor*

**ELIZABETH S. BISER**
*Secretary*

**MICHAEL SCOTT**
*Director*



**NORTH CAROLINA**
*Environmental Quality*

Date:          September 16, 2024

To:            Michael Scott, Director
               Division of Waste Management

Through:       Janet Macdonald
               Inactive Hazardous Sites Branch

From:          Katie C Tatum
               Inactive Hazardous Sites Branch

Subject:       NEPA Project # 25-0045 Norfolk Southern Corporation, Henderson County, North Carolina

The Superfund Section has reviewed the proximity of sites under its jurisdiction to the Norfolk Southern Corporation project. Proposal to abandon its railroad line ("Line") from Milepost W 26.0 +/- near Zirconia, NC to Milepost W 57.3 +/- near Inman, SC.

Three (3) Superfund Section sites and no (0) Brownfields Program Sites were identified within one mile of the project as shown on the attached report. The Superfund Section recommends that site files be reviewed to ensure that appropriate precautions are incorporated into any construction activities that encounter potentially contaminated soil or groundwater. Superfund Section files can be viewed at: http://deq.nc.gov/waste-management-laserfiche.

Please contact Janet Macdonald at 919.707.8349 if you have any questions concerning the Superfund Section review portion of this SEPA/NEPA inquiry.

about:blank

# Superfund & Brownfield Sites SEPA/NEPA Review Report

**Henderson County**     **NEPA project 25-0045**

**Area of Interest (AOI) Information**

Area : 19,819.1 acres

Sep 13 2024 16:20:10 Eastern Daylight Time



58

about:blank

Superfund and Brownfield Sites
Henderson County   NEPA project 25-0045

## Summary

| Name | Count | Area(acres) | Length(mi) |
|------|-------|-------------|------------|
| Certified DSCA Sites | 1 | N/A | N/A |
| Federal Remediation Branch Sites | 0 | N/A | N/A |
| Inactive Hazardous Sites | 0 | N/A | N/A |
| Pre-Regulatory Landfill Sites | 2 | N/A | N/A |
| Brownfields Program Sites | 0 | N/A | N/A |

## Certified DSCA Sites

| # | Site_ID | Site_Name | Count |
|---|---------|-----------|-------|
| 1 | DC750001 | Brocks Cleaners | 1 |

## Pre-Regulatory Landfill Sites

| # | EPAID | SITENAME | Count |
|---|-------|----------|-------|
| 1 | NONCD0000504 | Tryon Refuse Disposal | 1 |
| 2 | NONCD0000505 | Saluda Refuse Dump | 1 |

State of North Carolina Department of Environmental Quality
INTERGOVERNMENTAL REVIEW PROJECT COMMENTS

Reviewing Regional Office: <u>Asheville</u>
Project Number: <u>25-0045</u>    Due Date: <u>10/03/2024</u>
County: <u>Henderson</u>

After review of this project, it has been determined that the DEQ permit(s) and/or approvals indicated may need to be obtained for this project to comply with North Carolina Law. Questions regarding these permits should be addressed to the Regional Office indicated on the reverse of the form. All applications, information and guidelines relative to these plans and permits are available from the same Regional Office.

| | PERMITS | SPECIAL APPLICATION PROCEDURES or REQUIREMENTS | Normal Process Time (Statutory time limit) |
|---|---|---|---|
| ☐ | Permit to construct & operate wastewater treatment facilities, non-standard sewer system extensions & sewer systems that do not discharge into state surface waters. | Application 90 days before begins construction or award of construction contracts. On-site inspection may be required. Post-application technical conference usual. | 30 days (90 days) |
| ☐ | Permit to construct & operate, sewer extensions involving gravity sewers, pump stations and force mains discharging into a sewer collection system | Fast-Track Permitting program consists of the submittal of an application and an engineer's certification that the project meets all applicable State rules and Division Minimum Design Criteria. | 30 days (N/A) |
| ☐ | NPDES - permit to discharge into surface water and/or permit to operate and construct wastewater facilities discharging into state surface waters. | Application 180 days before begins activity. On-site inspection. Pre-application conference usual. Additionally, obtain permit to construct wastewater treatment facility granted after NPDES. Reply time, 30 days after receipt of plans or issue of NPDES permit-whichever is later. | 90-120 days (N/A) |
| ☐ | Water Use Permit | Pre-application technical conference usually necessary. | 30 days (N/A) |
| ☐ | Well Construction Permit | Complete application must be received, and permit issued prior to the installation of a groundwater monitoring well located on property not owned by the applicant, and for a large capacity (>100,000 gallons per day) water supply well. | 7 days (15 days) |
| ☐ | Dredge and Fill Permit | Application copy must be served on each adjacent riparian property owner. On-site inspection. Pre-application conference usual. Filling may require Easement to Fill from N.C. Department of Administration and Federal Dredge and Fill Permit. | 55 days (90 days) |
| ☐ | Permit to construct & operate Air Pollution Abatement facilities and/or Emission Sources as per 15 A NCAC (2Q.0100 thru 2Q.0300) | Application must be submitted, and permit received prior to construction and operation of the source.  If a permit is required in an area without local zoning, then there are additional requirements and timelines (2Q.0113). | 90 days |
| ☐ | Any open burning associated with subject proposal must be in compliance with 15 A NCAC 2D.1900 | N/A | 60 days (90 days) |
| ☐ | Demolition or renovations of structures containing asbestos material must be in compliance with 15 A NCAC 20.1110 (a) (1) which requires notification and removal prior to demolition. Contact Asbestos Control Group 919-707-5950 | Please Note - The Health Hazards Control Unit (HHCU) of the N.C. Department of Health and Human Services, must be notified of plans to demolish a building, including residences for commercial or industrial expansion, even if no asbestos is present in the building. | 60 days (90 days) |
| ☐ | The Sedimentation Pollution Control Act of 1973 must be properly addressed for any land disturbing activity. An erosion & sedimentation control plan will be required if one or more acres are to be disturbed. Plan must be filed with and approved by applicable Regional Office (Land Quality Section) at least 30 days before beginning activity.  A NPDES Construction Stormwater permit (NCG010000) is also usually issued should design features meet minimum requirements.  A fee of $100 for the first acre or any part of an acre.  An express review option is available with additional fees. | | 20 days (30 days) |
| ☐ | Sedimentation and erosion control must be addressed in accordance with NCDOT's approved program.  Particular attention should be given to design and installation of appropriate perimeter sediment trapping devices as well as stable Stormwater conveyances and outlets. | | (30 days) |
| ☐ | Sedimentation and erosion control must be addressed in accordance with ____ <mark>Local Government's</mark> approved program. Particular attention should be given to design and installation of appropriate perimeter sediment trapping devices as well as stable Stormwater conveyances and outlets. | | Based on Local Program |
| ☐ | Compliance with 15A NCAC 04B .0125 – Buffers Zones for Trout Waters shall have an undisturbed buffer zone 25 feet wide or of sufficient width to confine visible siltation within the twenty-five percent (25%) of the buffer zone nearest the land-disturbing activity, whichever is greater. | | |
| ☐ | Compliance with 15A NCAC 2H .0126 - NPDES Stormwater Program which regulates three types of activities: Industrial, Municipal Separate Storm Sewer System & Construction activities that disturb ≥1 acre. | | 30-60 days (90 days) |
| ☐ | Compliance with 15A NCAC 2H 1000 -State Stormwater Permitting Programs regulate site development and post-construction stormwater runoff control.  Areas subject to these permit programs include all 20 coastal counties, and various other counties and watersheds throughout the state. | | 45 days (90 days) |

DEQ INTERGOVERNMENTAL REVIEW PROJECT Form
April 4, 2022/lbh

Page 1 of 3

State of North Carolina Department of Environmental Quality
INTERGOVERNMENTAL REVIEW PROJECT COMMENTS

Reviewing Regional Office: <u>Asheville</u>
Project Number: <u>25-0045</u>   Due Date: <u>10/03/2024</u>
County: <u>Henderson</u>

| | PERMITS | SPECIAL APPLICATION PROCEDURES or REQUIREMENTS | Normal Process Time (Statutory time limit) |
|---|---|---|---|
| ☐ | Mining Permit | On-site inspection usual. Surety bond filed with DEQ Bond amount varies with type mine and number of acres of affected land. Affected area greater than one acre must be permitted. The appropriate bond must be received before the permit can be issued. | 30 days (60 days) |
| ☐ | Dam Safety Permit | If permit required, application 60 days before begin construction. Applicant must hire N.C. qualified engineer to prepare plans, inspect construction, and certify construction is according to DEQ approved plans. May also require a permit under mosquito control program. And a 404 permit from Corps of Engineers. An inspection of site is necessary to verify Hazard Classification.  A minimum fee of $200.00 must accompany the application. An additional processing fee based on a percentage, or the total project cost will be required upon completion. | 30 days (60 days) |
| ☐ | Oil Refining Facilities | N/A | 90-120 days (N/A) |
| ☐ | Permit to drill exploratory oil or gas well | File surety bond of $5,000 with DEQ running to State of NC conditional that any well opened by drill operator shall, upon abandonment, be plugged according to DEQ rules and regulations. | 10 days N/A |
| ☐ | Geophysical Exploration Permit | Application filed with DEQ at least 10 days prior to issue of permit. Application by letter. No standard application forms. | 10 days N/A |
| ☐ | State Lakes Construction Permit | Application fee based on structure size is charged. Must include descriptions & drawings of structure & proof of ownership of riparian property | 15-20 days N/A |
| ☐ | 401 Water Quality Certification | Compliance with the T15A 02H .0500 Certifications are required whenever construction or operation of facilities will result in a discharge into navigable water as described in 33 CFR part 323. | 60 days (130 days) |
| ☐ | Compliance with Catawba, Goose Creek, Jordan Lake, Randleman, Tar Pamlico or Neuse Riparian Buffer Rules is required. Buffer requirements: http://deq.nc.gov/about/divisions/water-resources/water-resources-permits/wastewater-branch/401-wetlands-buffer-permits/401-riparian-buffer-protection-program | | |
| ☐ | Nutrient Offset: Loading requirements for nitrogen and phosphorus in the Neuse and Tar-Pamlico River basins, and in the Jordan and Falls Lake watersheds, as part of the nutrient-management strategies in these areas.  DWR nutrient offset information: http://deq.nc.gov/about/divisions/water-resources/planning/nonpoint-source-management/nutrient-offset-information | | |
| ☐ | CAMA Permit for MAJOR development | $250.00 - $475.00 fee must accompany application | 75 days (150 days) |
| ☐ | CAMA Permit for MINOR development | $100.00 fee must accompany application | 22 days (25 days) |
| ☐ | Abandonment of any wells, if required must be in accordance with Title 15A. Subchapter 2C.0100. | | |
| ☐ | Notification of the proper regional office is requested if "orphan" underground storage tanks (USTS) are discovered during any excavation operation. | | |
| ☐ | Plans and specifications for the construction, expansion, or alteration of a public water system must be approved by the Division of Water Resources/Public Water Supply Section prior to the award of a contract or the initiation of construction as per 15A NCAC 18C .0300 et. seq., Plans and specifications should be submitted to 1634 Mail Service Center, Raleigh, North Carolina 27699-1634.  All public water supply systems must comply with state and federal drinking water monitoring requirements. For more information, contact the Public Water Supply Section, (919) 707-9100. | | 30 days |
| ☐ | If existing water lines will be relocated during the construction, plans for the water line relocation must be submitted to the Division of Water Resources/Public Water Supply Section at 1634 Mail Service Center, Raleigh, North Carolina 27699-1634. For more information, contact the Public Water Supply Section, (919) 707-9100. | | 30 days |
| ☐ | Plans and specifications for the construction, expansion, or alteration of the _____ water system must be approved through the _____ delegated plan approval authority.  Please contact them at _____ for further information. | | |

State of North Carolina Department of Environmental Quality
INTERGOVERNMENTAL REVIEW PROJECT COMMENTS

Reviewing Regional Office:  <u>Asheville</u>
Project Number:  <u>25-0045</u>   Due Date:  <u>10/03/2024</u>
County:  <u>Henderson</u>

Other Comments (attach additional pages as necessary, being certain to comment authority)

| Division | Initials | No comment | Comments | Date Review |
|---|---|---|---|---|
| DAQ | PVB | ☒ | | 9/11/2024 |
| DWR-WQROS (Aquifer & Surface) | AWM & | ☐ | The Division of Water Resources Asheville Regional Office is unaware of State water quality standards that would be contravened as a result of abandoning the subject railroad line. Permits under Section 402 of the Clean Water Act would not be required from the Division of Water Resources to abandon the subject railroad line. & | 9/13/2024 |
| DWR-PWS | JH | ☒ | | 9/20/2024 |
| DEMLR (LQ & SW) | MMS | ☒ | | 9/12/2024 |
| DWM – UST | | ☐ | | /  / |
| Other Comments | | ☐ | | /  / |

**REGIONAL OFFICES**
Questions regarding these permits should be addressed to the Regional Office marked below.

☐ **Asheville Regional Office**
2090 U.S. 70 Highway
Swannanoa, NC 28778-8211
Phone: 828-296-4500
Fax: 828-299-7043

☐ **Fayetteville Regional Office**
225 Green Street, Suite 714,
Fayetteville, NC 28301-5043
Phone: 910-433-3300
Fax: 910-486-0707

☐ **Mooresville Regional Office**
610 East Center Avenue, Suite 301,
Mooresville, NC 28115
Phone: 704-663-1699
Fax: 704-663-6040

☐ **Raleigh Regional Office**
3800 Barrett Drive,
Raleigh, NC 27609
Phone: 919-791-4200
Fax: 919-571-4718

☐ **Washington Regional Office**
943 Washington Square Mall,
Washington, NC 27889
Phone: 252-946-6481
Fax: 252-975-3716

☐ **Wilmington Regional Office**
127 Cardinal Drive Ext.,
Wilmington, NC 28405
Phone: 910-796-7215
Fax: 910-350-2004

☐ **Winston-Salem Regional Office**
450 Hanes Mill Road, Suite 300,
Winston-Salem, NC 27105
Phone: 336-776-9800
Fax: 336-776-9797

# Department of Environmental Quality
# Project Review

---

**Project Number: 25-0045**    **County: Henderson**    **Date Received: 9-9-2024**

**Due Date:  10-3-2024**

**Project Description:**    *Environmental Review - Proposal to abandon its railroad line ("Line") from Milepost W 26.0 +/- near Zirconia, NC to Milepost W 57.3 +/- near Inman, SC. STB Docket No. AB-290 (Sub-No. 415X)*

This Project is being reviewed as indicated below:

| Regional Office | Regional Office Area | In-House Review | |
|---|---|---|---|
| ☑ Asheville | ☑ Air | ☐ Air Quality | ☐ Coastal Management |
| ☐ Fayetteville | ☐ DWR | ☑ Waste Mgmt | ☐ Marine Fisheries |
| ☐ Mooresville | ☑ DWR - Public Water | ☑ Water Resources Mgmt  (Public Water, Planning & Water Quality Program) | ☐ CC & PS Div. of Emergency Mgmt |
| ☐ Raleigh | ☑ DEMLR (LQ & SW) | | ☐ DMF-Shellfish Sanitation |
| ☐ Washington | ☑ DWM | ☑ DWR-Transportation Unit <u>Amy</u> | ☐ Wildlife |
| ☐ Wilmington | | | ☑ Wildlife/DOT <u>David</u> |
| ☐ Winston Salem | | | |

| Manager Sign-Off/Region: | Date: 9/26/2024 | In-House Reviewer/Agency: DWR/WRM    David Wainwright |
|---|---|---|

Response (check all applicable)

   <u>X</u>  No objection to project as proposed.    ____  No Comment

   ____  Insufficient information to complete review    ____  Other (specify or attach comments)

The proposed project does not appear to be in conflict with state water quality standards. Additionally, no NPDES permit per Section 402 of the Clean Water Act 33 U.S.C. 1342 will be required for this action.

# Department of Environmental Quality
## Project Review

**Project Number: 25-0045**          **County: Henderson**          **Date Received: 9-9-2024**

**Due Date:  10-3-2024**

**Project Description:** *Environmental Review - Proposal to abandon its railroad line ("Line") from Milepost W 26.0 +/- near Zirconia, NC to Milepost W 57.3 +/- near Inman, SC. STB Docket No. AB-290 (Sub-No. 415X)*

This Project is being reviewed as indicated below:

| Regional Office | Regional Office Area | In-House Review | |
|---|---|---|---|
| ☑ Asheville | ☑ Air | ☐ Air Quality | ☐ Coastal Management |
| ☐ Fayetteville | ☐ DWR | ☑ Waste Mgmt | ☐ Marine Fisheries |
| ☐ Mooresville | ☑ DWR - Public Water | ☑ Water Resources Mgmt  (Public Water, Planning & Water Quality Program) | ☐ CC & PS Div. of Emergency Mgmt |
| ☐ Raleigh | ☑ DEMLR (LQ & SW) | | ☐ DMF-Shellfish Sanitation |
| ☐ Washington | ☑ DWM | ☑ DWR-Transportation Unit <u>Amy</u> | ☐ Wildlife |
| ☐ Wilmington | | | ☑ Wildlife/DOT <u>David</u> |
| ☐ Winston Salem | | | |

| Manager Sign-Off/Region: | Date:  10/2/24 | In-House Reviewer/Agency:  Melodi Deaver, DWM Hazardous Waste |
|---|---|---|

Response (check all applicable)

_____ No objection to project as proposed.          X _____ No Comment

_____ Insufficient information to complete review          _____ Other (specify or attach comments)

| | |
|---|---|
| **From:** | Reid, Rebekah N |
| **To:** | Plum, Scott D. |
| **Cc:** | Olds, Melanie J |
| **Subject:** | [EXTERNAL] Norfolk Southern Zirconia to Inman Abandonment in Henderson and Polk Co in NC and Spartanburg Co in SC (Log No. 25-306) |
| **Date:** | Wednesday, October 16, 2024 8:12:06 AM |

Scott,

**Project received:** September 25, 2024

**Authorities:** National Environmental Policy Act and section 7 of the Endangered Species Act of 1973, as amended

**Project Description:** According to the information provided, the Norfolk Southern Railway Company is proposing to abandon an existing rail line from Milepost W 26.0 near Zirconia, NC to Milepost W 57.3 near Inman, SC. The rail line has not been used in approximately 20 years and all existing infrastructure will remain in place.

**Federally Listed Species:** According to our records and a review of the information you provided, suitable habitat is not present within the proposed action area for any federally listed species. We believe the requirements under section 7 of the Endangered Species Act are fulfilled. However, obligations under section 7 of the Endangered Species Act must be reconsidered if: (1) new information reveals impacts of the identified action may affect listed species or critical habitat in a manner not previously considered, (2) the identified action is subsequently modified in a manner that was not considered in this review, or (3) a new species is listed or critical habitat is determined that may be affected by the identified action.

The U.S. Fish and Wildlife Service appreciates the opportunity to provide these comments. In any future correspondence concerning this project, please reference our Log Number 25-306.

Rebekah Reid

Consultation Biologist and Section 7 Team Lead
US Fish and Wildlife Service
Asheville Ecological Services Field Office
160 Zillicoa St., Suite B
Asheville, North Carolina 28801

Office phone: 828-258-3939 (x3 for the Planning and Consultation Team)
Cell phone: 828-782-0090

Schedule
Telework: M, W, Th, F
In-office: T
_(_)_  wWWWw  _
    @@@@        (_)@(_)      vVVVv       _        @@@@    (___)  _(_)_



*NOTE: This email correspondence and any attachments to and from this sender is subject to the Freedom of Information Act (FOIA) and may be disclosed to third parties.*



Jennifer Necker, P.E.
Deputy Secretary of Intermodal and Freight Programs
803-737-1718 | 803-737-0145 Fax

South Carolina
Department of Transportation

October 14, 2024

Scott Plum, Director
Strategic Planning-Box 7
Norfolk Southern Corporation
650 West Peachtree Street NW
Atlanta, GA 303008

Re: AB-290 (Sub-No. 415X) Norfolk Southern Railway Company Abandonment-Henderson and
Polk Counties in North Carolina and Greenville and Spartanburg Counties in South Carolina

Mr. Plum,

South Carolina Department of Transportation (SCDOT) is in receipt of the Combined
Environment and Historic Report (The report) provided in your correspondence of 23 September
2024. Thank you for the opportunity to review and provide comments.

The report has been circulated within SCDOT to the Traffic Design Department, Right of Way
Office, Environmental Services Office and SCDOT District 3. Based upon the multiple reviews
of the report, SCDOT offers Norfolk Southern the following suggestions of points Norfolk
Southern may wish to consider addressing in the letter to STB.

With respect to the at grade crossings within the abandoned line-
- Who is going to maintain the crossing surface?
- Will the crossings be removed and asphalted correctly before turning over the roadway
  owner?
- What is going to happen to the railroad signal equipment currently at the crossing so that
  it is not a liability?
- Once the rail is removed and the crossings closed in FRA, what will be done regarding
  the signage and pavement markings?
- SCDOT will require Norfolk Southern to convey (via a mutually agreeable right of way
  instrument) all grade crossing rights or way to SCDOT at a width determined by SCDOT
  specific to each grade crossing location that will ensure adequacy for future
  maintenance/construction activities.



Post Office Box 191
955 Park Street, Room 201
Columbia, SC 29202-0191

www.scdot.org
An Equal Opportunity
Affirmative Action Employer
855-GO-SCDOT (855-467-2368)

67

To assist in future planning, we are requesting Norfolk Southern provide SCDOT with a listing of the existing crossing locations along the corridor to be abandoned as well as either a KLM or GIS map showing the crossing locations so that that SCDOT may check the crossings and do treatments as deemed necessary by SCDOT District 3.

It would also be appreciated by SCDOT if Norfolk Southern could provide SCDOT with a copy of its responses to the questions submitted.

Please do not hesitate to contact me if you have any questions.

Respectfully,

Jennifer L. Necker, P.E.
Deputy Secretary of Intermodal and Freight Programs
South Carolina Department of Transportation

CC: Rob Perry, P.E., Deputy Secretary for Engineering
    John Boylston, P.E., Chief Engineer for Project Delivery
    Mike Barbee, P.E., Director, Right of Way Division

JLN/dlg



Post Office Box 191
955 Park Street, Room 115
Columbia, SC 29202-0191

www.scdot.org
An Equal Opportunity
Affirmative Action Employer
855-GO-SCDOT (855-467-2368)

68

**BEFORE THE**
**SURFACE TRANSPORTATION BOARD**

_____

**AB-290 (Sub. No. 415X)**

**NORFOLK SOUTHERN RAILWAY COMPANY**
**– PROPOSED ABANDONMENT EXEMPTION-**
**IN THE COUNTIES OF HENDERSON AND POLK IN NBORTH CAROLINA AND**
**THE COUNTIES OF GREENVILLE AND SPARTANBURG IN SOUTH CAROLINA**

_____

**Combined Environmental and Historic Report**

**APPENDIX D**

**Bridge List**

| Milepost | Crossing | Bridge Type | Deck Construction | Length in Feet | Height in Feet | Date Constructed |
|---|---|---|---|---|---|---|
| W 29.10 | Green River | Concrete Span | Ballast Deck | 720 | 90 | |
| W 29.55 | State Rt. 91 | Deck Girder | Open Deck | 90 | 22 | 1927 |
| W 33.48 | Waterway | Concrete Arch | Ballast Deck | 10 | 3 | |
| W 34.90 | N. Pacolet River | Deck Plate Girder & Steel Beam | Open & Ballast Deck | 212 | 22 | 1903 & 1990 |
| W 36.60 | Fall Creek | Deck Girder | Open Deck | 177 | 48 | 1944 |
| W 41.71 | Waterway | Concrete Arch | Ballast Deck | 25 | 35 | |
| W 48.60 | S. Pacolet River | Mixed Span | Ballast Deck | 320 | 14 | 1954 & 1987 |
| W 50.10 | Motlow Creek | Timber Trestle | Ballast Deck | 201 | 21 | 1954 |
| W 50.87 | Waterway | Concrete Span | Ballast Deck | 165 | 10 | 1995 |

**BEFORE THE**
**SURFACE TRANSPORTATION BOARD**

_____

**AB-290 (Sub. No. 415X)**

**NORFOLK SOUTHERN RAILWAY COMPANY**
**– PROPOSED ABANDONMENT EXEMPTION-**
**IN THE COUNTIES OF HENDERSON AND POLK IN NBORTH CAROLINA AND**
**THE COUNTIES OF GREENVILLE AND SPARTANBURG IN SOUTH CAROLINA**

_____

<u>**Combined Environmental and Historic Report**</u>

**APPENDIX E**

**Topographical Maps and Color Photos**



**MP W29.10**



**MP W29.55**



**MP W33.48**



**MP W34.90**



**MP W36.60**



**MP W41.71**



**MP W48.60**



**MP W50.10**



**MP W50.87**



U.S. DEPARTMENT OF THE INTERIOR
U.S. GEOLOGICAL SURVEY

The National Map
US Topo

**CAMPOBELLO QUADRANGLE**
SOUTH CAROLINA
7.5-MINUTE SERIES

**Produced by the United States Geological Survey**
North American Datum of 1983 (NAD83)
World Geodetic System of 1984 (WGS84). Projection and 1 000-meter grid: Universal Transverse Mercator, Zone 17S

This map is not a legal document. Boundaries may be generalized for this map scale. Private lands within government reservations may not be shown. Obtain permission before entering private lands.

Imagery....NAIP, July 2017 - December 2017
Roads.... U.S. Census Bureau, 2016 - 2017
Names....GNIS, 1980 - 2023
Hydrography....National Hydrography Dataset, 2003 - 2022
Contours....National Elevation Dataset, 2022 - 2022
Boundaries....Multiple sources; see metadata file 2021 - 2022

Wetlands....FWS National Wetlands Inventory Not Available

MN
GN
7°3´
125 MILS
0°41´
12 MILS

UTM GRID AND 2023 MAGNETIC NORTH DECLINATION AT CENTER OF SHEET

U.S. National Grid
100,000 - m Square ID
LU
Grid Zone Designation 17S

SCALE 1:24 000

KILOMETERS
METERS
MILES
FEET

CONTOUR INTERVAL 20 FEET
NORTH AMERICAN VERTICAL DATUM OF 1988

This map was produced to conform with the National Geospatial Program US Topo Product Standard.

SOUTH CAROLINA
QUADRANGLE LOCATION

1 Saluda
2 Landrum
3 Fingerville West
4 Tigerville
5 Inman
6 Taylors
7 Greer
8 Wellford

ADJOINING QUADRANGLES

ROAD CLASSIFICATION
Expressway
Secondary Hwy
Ramp
Local Connector
Local Road
4WD
Interstate Route
US Route
State Route

CAMPOBELLO, SC
2024

NSN. 7643016392145
NGA REF NO. USGSX24K6981









U.S. DEPARTMENT OF THE INTERIOR
U.S. GEOLOGICAL SURVEY

The National Map
US Topo

SALUDA QUADRANGLE
NORTH CAROLINA - SOUTH CAROLINA
7.5-MINUTE SERIES

Produced by the United States Geological Survey
North American Datum of 1983 (NAD83)
World Geodetic System of 1984 (WGS84). Projection and 1 000-meter grid: Universal Transverse Mercator, Zone 17S

This map is not a legal document. Boundaries may be generalized for this map scale. Private lands within government reservations may not be shown. Obtain permission before entering private lands.

Imagery....NAIP, July 2017 - September 2020
Roads....U.S. Census Bureau, 2016 - 2017
Names....GNIS, 1980 - 2022
Hydrography....National Hydrography Dataset, 2003 - 2019
Contours....National Elevation Dataset, 2022
Boundaries....Multiple sources; see metadata file 2019 - 2021
Wetlands....FWS National Wetlands Inventory Not Available

MN GN
6°47´ 121 MILS
0°45´ 13 MILS

UTM GRID AND 2019 MAGNETIC NORTH DECLINATION AT CENTER OF SHEET

U.S. National Grid
100,000 - m Square ID
LV
LU
Grid Zone Designation 17S

SCALE 1:24 000

KILOMETERS 1 0.5 0 1 2
METERS 1000 500 0 1000 2000
MILES 1 0.5 0 1
FEET 1000 0 1000 2000 3000 4000 5000 6000 7000 8000 9000 10000

CONTOUR INTERVAL 40 FEET
NORTH AMERICAN VERTICAL DATUM OF 1988

This map was produced to conform with the National Geospatial Program US Topo Product Standard.

77

NORTH CAROLINA
QUADRANGLE LOCATION

| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | | 5 |
| 6 | 7 | 8 |

ADJOINING QUADRANGLES

1 Hendersonville
2 Cliffield Mountain
3 Mill Spring
4 Zirconia
5 Landrum
6 Slater
7 Tigerville
8 Campobello

ROAD CLASSIFICATION
Expressway
Secondary Hwy
Ramp
Local Connector
Local Road
4WD
Interstate Route
US Route
State Route

SALUDA, NC, SC
2022

NSN. 7643016379190
NGA REF NO. USGSX24K39539

USGS science for a changing world — U.S. DEPARTMENT OF THE INTERIOR / U.S. GEOLOGICAL SURVEY

The National Map US Topo

ZIRCONIA QUADRANGLE
NORTH CAROLINA - SOUTH CAROLINA
7.5-MINUTE SERIES

**Produced by the United States Geological Survey**
North American Datum of 1983 (NAD83)
World Geodetic System of 1984 (WGS84). Projection and 1 000-meter grid: Universal Transverse Mercator, Zone 17S

This map is not a legal document. Boundaries may be generalized for this map scale. Private lands within government reservations may not be shown. Obtain permission before entering private lands.

Imagery....NAIP, September 2017 - September 2020
Roads....U.S. Census Bureau, 2016 - 2017
Names....GNIS, 1980 - 2022
Hydrography....National Hydrography Dataset, 2003 - 2019
Contours....National Elevation Dataset, 2022
Boundaries....Multiple sources; see metadata file 2019 - 2021

Wetlands....FWS National Wetlands Inventory Not Available

MN GN
6°42´ 119 MILS
0°50´ 15 MILS

UTM GRID AND 2019 MAGNETIC NORTH DECLINATION AT CENTER OF SHEET

U.S. National Grid
100,000 - m Square ID
LV
LU
Grid Zone Designation 17S

SCALE 1:24 000

CONTOUR INTERVAL 40 FEET
NORTH AMERICAN VERTICAL DATUM OF 1988

This map was produced to conform with the National Geospatial Program US Topo Product Standard.

78

NORTH CAROLINA
QUADRANGLE LOCATION

| 1 | 2 | 3 |
|---|---|---|
| 4 |  | 5 |
| 6 | 7 | 8 |

1 Horse Shoe
2 Hendersonville
3 Cliffield Mountain
4 Standingstone Mountain
5 Saluda
6 Cleveland
7 Slater
8 Tigerville

ADJOINING QUADRANGLES

ROAD CLASSIFICATION
Expressway — Local Connector
Secondary Hwy — Local Road
Ramp — 4WD
Interstate Route — US Route — State Route

ZIRCONIA, NC, SC
2022

NSN. 7643016377983
NGA REF NO. USGSX24K50261

USGS science for a changing world

U.S. DEPARTMENT OF THE INTERIOR
U.S. GEOLOGICAL SURVEY

The National Map US Topo

LANDRUM QUADRANGLE
SOUTH CAROLINA - NORTH CAROLINA
7.5-MINUTE SERIES

-82.2500° 35.2500° $^{3}87^{000m}$E 88 89 90 91 92 93 94 95 96 97 -82.1250° 35.2500°

$^{39}01^{000m}$N 00 99 98 97 96 95 94 93 92 91 90 89 $^{38}88^{000m}$N

87 88 89 90 91 92 93 94 95 96 $^{3}97^{000m}$E

35.1250° -82.2500° 35.1250° -82.1250°

**Produced by the United States Geological Survey**

North American Datum of 1983 (NAD83)
World Geodetic System of 1984 (WGS84). Projection and 1 000-meter grid: Universal Transverse Mercator, Zone 17S

This map is not a legal document. Boundaries may be generalized for this map scale. Private lands within government reservations may not be shown. Obtain permission before entering private lands.

Imagery....NAIP, July 2017 - September 2020
Roads.... U.S. Census Bureau, 2016 - 2017
Names....GNIS, 1980 - 2023
Hydrography....National Hydrography Dataset, 2005 - 2021
Contours....National Elevation Dataset, 2022 - 2022
Boundaries....Multiple sources; see metadata file 2021 - 2022

Wetlands....FWS National Wetlands Inventory Not Available

MN GN
7°4´ 126 MILS
0°41´ 12 MILS

UTM GRID AND 2023 MAGNETIC NORTH DECLINATION AT CENTER OF SHEET

U.S. National Grid
100,000 - m Square ID
LV
00
LU
Grid Zone Designation 17S

SCALE 1:24 000

1 0.5 0 KILOMETERS 1 2
1000 500 0 METERS 1000 2000
1 0.5 0 MILES 1
1000 0 1000 2000 3000 4000 5000 6000 7000 8000 9000 10000 FEET

CONTOUR INTERVAL 40 FEET
NORTH AMERICAN VERTICAL DATUM OF 1988

This map was produced to conform with the National Geospatial Program US Topo Product Standard.

SOUTH CAROLINA
QUADRANGLE LOCATION

| 1 | 2 | 3 |
|---|---|---|
| 4 | | 5 |
| 6 | 7 | 8 |

1 Cliffield Mountain
2 Mill Spring
3 Pea Ridge
4 Saluda
5 Fingerville West
6 Tigerville
7 Campobello
8 Inman

ADJOINING QUADRANGLES

ROAD CLASSIFICATION

Expressway — Local Connector
Secondary Hwy — Local Road
Ramp — 4WD
Interstate Route — US Route — State Route

LANDRUM, SC, NC
2024

NSN. 7643016392352
NGA REF NO. USGSX24K24876

USGS science for a changing world

U.S. DEPARTMENT OF THE INTERIOR
U.S. GEOLOGICAL SURVEY

The National Map US Topo

**INMAN QUADRANGLE**
SOUTH CAROLINA - SPARTANBURG COUNTY
7.5-MINUTE SERIES

**Produced by the United States Geological Survey**
North American Datum of 1983 (NAD83)
World Geodetic System of 1984 (WGS84). Projection and 1 000-meter grid: Universal Transverse Mercator, Zone 17S

This map is not a legal document. Boundaries may be generalized for this map scale. Private lands within government reservations may not be shown. Obtain permission before entering private lands.

Imagery........NAIP, July 2017 - December 2017
Roads........U.S. Census Bureau, 2016 - 2017
Names........GNIS, 1980 - 2023
Hydrography........National Hydrography Dataset, 2002 - 2022
Contours........National Elevation Dataset, 2022
Boundaries........Multiple sources; see metadata file 2021 - 2022

Wetlands........FWS National Wetlands Inventory Not Available

MN
GN
7°8′
127 MILS
0°37′
11 MILS

UTM GRID AND 2023 MAGNETIC NORTH DECLINATION AT CENTER OF SHEET

U.S. National Grid
100,000 - m Square ID
00
LU MU
Grid Zone Designation 17S

SCALE 1:24 000

KILOMETERS 1 0.5 0 1 2
METERS 1000 500 0 1000 2000
MILES 1 0.5 0 1
FEET 1000 0 1000 2000 3000 4000 5000 6000 7000 8000 9000 10000

CONTOUR INTERVAL 20 FEET
NORTH AMERICAN VERTICAL DATUM OF 1988

This map was produced to conform with the National Geospatial Program US Topo Product Standard.

80

QUADRANGLE LOCATION

| 1 | 2 | 3 |
|---|---|---|
| 4 | | 5 |
| 6 | 7 | 8 |

ADJOINING QUADRANGLES

1 Landrum
2 Fingerville West
3 Fingerville East
4 Campobello
5 Valley Falls
6 Greer
7 Wellford
8 Spartanburg

ROAD CLASSIFICATION
Expressway | Local Connector
Secondary Hwy | Local Road
Ramp | 4WD
Interstate Route | US Route | State Route

**INMAN, SC**
**2024**

NSN. 7643016392308
NGA REF NO. USGSX24K21951